UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY B. NORSWORTHY,

    Plaintiff,

v.

JEFFREY BEARD, et al.,

    Defendants.

Case No. 14-cv-00695-JST (PR)

**ORDER APPOINTING COUNSEL**

The Court having determined that exceptional circumstances warranting the appointment of counsel for plaintiff in this matter exist, and volunteer counsel willing to be appointed having been located,

IT IS HEREBY ORDERED THAT: **Christopher J. Banks** and **Herman J. Hoying** of **Morgan, Lewis & Bockius LLP**, One Market, Spear Street Tower, San Francisco, CA 94105 are appointed as counsel, pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines. The scope of this referral shall be for all purposes for the duration of the case.

Within **ninety-one (91)** days of the date of this order, counsel shall file an amended complaint in accordance with the Court's order of March 26, 2014. (Dkt. No. 4.) Once the amended complaint is received, it will be reviewed by the Court pursuant to 28 U.S.C. § 1915A.

The Clerk is directed to add plaintiff's appointed counsel to the docket and serve a copy of this order upon plaintiff and upon counsel for both parties. The Clerk is further directed to send a copy of this order to the Federal Pro Bono Project.

**IT IS SO ORDERED.**

Dated: April 2, 2014

_____
JON S. TIGAR
United States District Judge