UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. NORSWORTHY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00695-JST<br><br>**ORDER REQUIRING MARSHAL TO ISSUE AND SERVE PROCESS**<br><br>Re: ECF No. 10 |

In this civil rights action under 42 U.S.C. § 1983, the court previously granted Plaintiff Norsworthy's motion to proceed in forma pauperis under 28 U.S.C. § 1915. ECF No. 3.

On March 26, 2014, the court dismissed the complaint under 28 U.S.C. § 1915A on the ground that Norsworthy's claims for violations of the Eighth and Fourteenth Amendments were insufficiently pleaded. ECF No. 4. Specifically, the court found that Norsworthy's Eighth Amendment claim did not "set forth specific facts showing the basis for liability for each defendant," and it required her to "identify each involved defendant by name and link each of them to her claim by explaining what each involved defendant did or failed to do that caused a violation of her rights." Id. at 4. The court also found that Norsworthy failed to allege that she was "being treated differently from other similarly situated persons" in connection with her Fourteenth Amendment claim. Id. at 5. The court granted Norsworthy leave to file an amended complaint curing these deficiencies, and it referred the action to the Federal Pro Bono Project for the purpose of appointing counsel for her. Id. Counsel was appointed on April 2, 2014. ECF No. 7.

Norsworthy filed an amended complaint on July 2, 2014. ECF No. 10. Unlike the prior iteration, this complaint contains sufficient factual allegations to state a claim under the Eighth and Fourteenth Amendments. Accordingly, the Clerk shall issue summons and the Marshal shall serve

1  a copy of the amended complaint, any amendments, attachments, and a copy of this order on each
2  defendant. The fees that Norsworthy will be required to pay are addressed in the court's order of
3  March 14, 2014. See ECF No. 3.
4  **IT IS SO ORDERED.**
5  Dated: July 9, 2014



_____
JON S. TIGAR
United States District Judge