**FILED**

SEP 30 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. NORSWORTHY (a/k/a MICHELLE-LAEL B. NORSWORTHY), <br><br>Plaintiff, <br><br>vs. <br><br>JEFFREY BEARD; A. NEWTON; A. ADAMS; LORI ZAMORA; RAYMOND J. COFFIN; MARION SPEARMAN; DAVID VAN LEER; JARED LOZANO; and DOES 1-30, <br><br>Defendants. | Case No. 3:14-cv-00695-JST <br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

Defendants M. Spearman, R. Coffin, J. Lozano, A. Adams, and L. Zamora ("Defendants") seek "administrative relief" to continue the initial case management conference until after the Court has resolved Defendants' motion to dismiss Plaintiff's amended complaint. Defendants fail to ~~offer any~~ show good cause ~~or "particular and specific need" for the requested continuance, which would have the effect of staying discovery, and instead offer only an argument that any defendant bringing a motion to dismiss could make.~~ /JST/

[PROPOSED] ORDER DENYING MOTION TO
CONTINUE CMC

1  THEREFORE, Defendants' Motion for Administrative Relief to Continue Initial Case
2  Management Conference is DENIED and the Initial Case Management Conference shall proceed
3  on October 15, 2015 at 2:00 pm, as originally set.

5  IT IS SO ORDERED.

Dated: 9/30/14

The Honorable Jon S. Tigar