UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. NORSWORTHY (a/k/a MICHELLE-LAEL B. NORSWORTHY),<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY BEARD; A. NEWTON; A. ADAMS; LORI ZAMORA; RAYMOND J. COFFIN; MARION SPEARMAN; DAVID VAN LEER; JARED LOZANO; and DOES 1-30,<br><br>Defendants. | Case No. 3:14-cv-00695-JST<br><br>[PROPOSED] SCHEDULING ORDER REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Having heard the parties' joint proposed schedule at the October 16, 2014 Case Management Conference regarding an anticipated motion for preliminary injunction to be filed by Plaintiff, the Court hereby sets the following case schedule deadlines pursuant to Federal Rules of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline/Date |
|---|---|
| Close of Fact Discovery as It Relates to Preliminary Injunction Motion | January 5, 2015 |
| Disclosure of Plaintiff's Expert Report(s) | January 5, 2015 |
| Disclosure of Defendants' Rebuttal Expert Report(s) | January 21, 2015 |
| Disclosure of Plaintiff's Reply Expert Report(s) | January 29, 2015 |
| Plaintiff's Motion for Preliminary Injunction | January 29, 2015 |

[PROPOSED] SCHEDULING ORDER REGARDING
MOTION FOR PRELIMINARY INJUNCTION

| Event | Deadline/Date |
|---|---|
| Defendants' Opposition to Motion for Preliminary Injunction | February 12, 2015 |
| Plaintiff's Reply in Support of Motion for Preliminary Injunction | February 19, 2015 |
| Hearing on Motion for Preliminary Injunction | March 4, 2015 at 2:00 pm in Courtroom 9[1] |

This Scheduling Order relates solely to Plaintiff's anticipated motion for preliminary injunction and stands in addition to any other scheduling order of the Court regarding the litigation.  Counsel may not stipulate to modify the foregoing dates without Court approval.  The parties shall comply at all time with the standing orders of this Court, which are available at cand.uscourts.gov/jstorders.

IT IS SO ORDERED.

Dated: November 6, 2014



The Honorable Jon S. Tigar

---

[1] The parties shall meet and confer regarding the need for an evidentiary hearing and shall request one as far in advance as possible if they believe that one would be beneficial in deciding Plaintiff's Motion for Preliminary Injunction.