1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  EDWARD R. FLUET
   Deputy Attorney General
4  State Bar No. 247203
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5836
6   Fax:  (415) 703-5843
    E-mail:  Ned.Fluet@doj.ca.gov
7  *Attorneys for Defendants J. Beard, M. Spearman,
   R. Coffin, J. Lozano, A. Adams, A. Newton, D. Van
8  Leer, and L. Zamora*

9  HERMAN J. HOYING
   MORGAN, LEWIS & BOCKIUS  LLP
10 ONE MARKET, SPEAR STREET TOWER
   SAN FRANCISCO, CALIFORNIA  94105-1126
11 TELEPHONE:   415.442.1000
   FACSIMILE:   415.442.1001
12 HHOYING@MORGANLEWIS.COM
   *Attorney for Plaintiff*
13 *Michelle-Lael Norsworthy*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHELLE-LAEL NORSWORTHY,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY BEARD, et al.,**<br><br>Defendants. | C 14-00695 JST (PR)<br><br>**STIPULATED [PROPOSED] ORDER TO PERMIT DEPOSITION OF PLAINTIFF**<br><br>Judge:         The Honorable Jon S. Tigar<br>Trial Date:    None set<br>Action Filed:  February 14, 2014 |

Plaintiff  Michelle-Lael Norsworthy and Defendants J. Beard, M. Spearman, R. Coffin, J. Lozano, A. Adams, A. Newton, D. Van Leer, and L. Zamora jointly request that the Court enter

1

an order under Federal Rule of Civil Procedure 30(a)(2)(B) to permit the deposition of Plaintiff Michelle-Lael Norsworthy, an inmate at Mule Creek State Prison.  Defendants have requested to take Plaintiff's deposition and the parties agree that it is appropriate to take her deposition.

The parties plan to schedule the deposition for December 30, 2014, given the January 5, 2015 discovery deadline for Plaintiff's proposed motion for preliminary injunction.

SO STIPULATED, on December 10, 2014:

| /s/ Herman J. Hoying | /s/ Edward R. Fluet |
|---|---|
| HERMAN J. HOYING | EDWARD R. FLUET[1] |
| *Attorney for Plaintiff* | Deputy Attorney General |
| *Michelle-Lael Norsworthy* | *Defendants J. Beard, M. Spearman, R. Coffin, J. Lozano, A. Adams, A. Newton, D. Van Leer, and L. Zamora* |

In light of the parties' stipulation, and good cause appearing, the Court permits the deposition of Plaintiff Michelle-Lael Norsworthy who is confined in prison, under Federal Rule of Civil Procedure 30(a)(2)(B).

IT IS SO ORDERED.

 December 10, 2014
Dated

IT IS SO ORDERED
Judge Jon S. Tigar

SF2014409242
Stipulation and order to take Pl  Dep .doc

---

[1] Under Northern District General Order 45, subsection X.B., Defendant's counsel attests that Plaintiff's counsel's gave him permission to electronically sign this Joint Case Management Conference on his behalf.

2

Stip. Order Permit Dep. Inmates   (C 14-00695 JST (PR))