1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    MICHELLE-LAEL B. NORSWORTHY,              Case No.  14-cv-00695-JST
              Plaintiff,
8
         v.                                    **ORDER**
9
10   JEFFREY BEARD, et al.,
              Defendants.
11

12          The Court has received attorney Ned Fluet's e-mail dated December 11, 2014, on behalf of

13   Defendants.  Preliminarily, the Court observes that attorney Fluet refers to an e-mail from

14   Plaintiff's counsel, which the Court has not received.

15          More importantly, however, although the Court has expressed a willingness to resolve

16   discovery disputes informally and without reference to a Magistrate Judge, the Court believes that

17   certain additional measures are required for the orderly resolution of such disputes.  Accordingly,

18   the Court now ORDERS as follows:

19          1.      If and only if they jointly agree, the parties may seek the Court's resolution of a

20   discovery dispute by submitting a joint, single-spaced e-mail of not more than four pages.  No

21   party may seek resolution in this manner unilaterally.

22          2.      In the absence of a joint agreement as set forth above, the parties must proceed

23   according to the Federal Rules of Civil Procedure, the Local Rules, and this Court's Standing

24   Order for All Civil Cases.

25          3.      The Court will take no further action on the present dispute until the parties have

26   presented it in accordance with the foregoing instructions.

27   / / /

28   / / /

United States District Court
Northern District of California

1

United States District Court
Northern District of California

1    The Clerk is directed to place a copy of attorney Fluet's e-mail on the docket for the sake

2  of clarity.  It is not necessary for Plaintiff to resubmit her e-mail.

3    **IT IS SO ORDERED.**

4  Dated:  December 15, 2014

5

6  _____
   JON S. TIGAR

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28