UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. NORSWORTHY (a/k/a MICHELLE-LAEL B. NORSWORTHY), <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY BEARD; A. NEWTON; A. ADAMS; LORI ZAMORA; RAYMOND J. COFFIN; MARION SPEARMAN; DAVID VAN LEER; JARED LOZANO; and DOES 1-30, <br><br> Defendants. | Case No. 3:14-cv-00695-JST <br><br> **STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff and Defendants (collectively, "Parties") in the above-captioned case hereby stipulate as follows:

WHEREAS, at the Initial Case Management Conference on October 15, 2014, the Court requested that the Parties submit a proposed schedule for Plaintiff's forthcoming Motion for Preliminary Injunction (Dkt. No. 28);

WHEREAS, on November 6, 2014, the Court entered the stipulated Scheduling Order Regarding Plaintiff's Motion for Preliminary Injunction, which, *inter alia*, set January 5, 2015 as the close of fact discovery and set March 4, 2015 as the date for the hearing on Plaintiff's Motion for Preliminary Injunction;

WHEREAS, in the interim, Parties have diligently and in good faith engaged in discovery in preparation for briefing on the Motion for Preliminary Injunction, including the production of thousands of documents and the taking of seven depositions;

WHEREAS, Defendants have informed Plaintiff that they will not be able to complete the production of documents responsive to the outstanding requests for production until the end of January at the earliest;

WHEREAS, Plaintiff diligently is seeking to schedule the deposition of Plaintiff's treating psychologist during part of the relevant period, Dr. Reese, who has retired from CDCR and is represented by separate counsel, but will not be able to complete that deposition by the current deadline for fact discovery related to the motion for preliminary injunction;

WHEREAS, in light of these circumstances, Parties would benefit from a brief extension of the current schedule to allow Parties to complete discovery prior to briefing the Motion for Preliminary Injunction;

NOW, THEREFORE, IT IS HEREBY STIPULATED between the Parties, and subject to the concurrence of the Court, that the schedule for Plaintiff's forthcoming Motion for Preliminary Injunction will be revised as follows:

| Event | Originally Set Date | Revised Date |
| --- | --- | --- |
| Close of Fact Discovery as It Relates to Preliminary Injunction Motion | January 5, 2015 | February 2, 2015 |
| Disclosure of Plaintiff's Expert Report(s) | January 5, 2015 | February 2, 2015 |
| Disclosure of Defendants' Rebuttal Expert Report(s) | January 21, 2015 | February 18, 2015 |
| Disclosure of Plaintiff's Reply Expert Report(s) | January 29, 2015 | February 26, 2015 |
| Plaintiff's Motion for Preliminary Injunction | January 29, 2015 | February 26, 2015 |

| Event | Originally Set Date | Revised Date |
|---|---|---|
| Defendants' Opposition to Motion for Preliminary Injunction | February 12, 2015 | March 12, 2015 |
| Plaintiff's Reply in Support of Motion for Preliminary Injunction | February 19, 2015 | March 19, 2015 |
| Hearing on Motion for Preliminary Injunction | March 4, 2015 at 2:00 pm in Courtroom 9[1] | April 1, 2015 ~~or such other date set by the Court.~~ |

**IT IS SO STIPULATED.**

Dated: December 31, 2014                    MORGAN, LEWIS & BOCKIUS LLP


By    /s/ - Herman J. Hoying
      HERMAN J. HOYING
      MORGAN, LEWIS & BOCKIUS LLP
      One Market, Spear Street Tower
      San Francisco, California  94105-1126
      Telephone:     415.442.1000
      Facsimile:     415.442.1001
      hhoying@morganlewis.com

*Attorneys for Plaintiff*

---

[1] The parties shall meet and confer regarding the need for an evidentiary hearing and shall inform the Court should they believe that an evidentiary hearing will be beneficial in deciding Plaintiff's Motion for Preliminary Injunction.

| | |
|---|---|
| Dated: December 31, 2014 | KAMALA D. HARRIS<br>Attorney General of California<br>WILLIAM C. KWONG<br>Supervising Deputy Attorney General<br><br>By  /s/ Edward R. Fluet<br>    EDWARD R. FLUET (State Bar No. 247203)<br>    Deputy Attorney General<br>    455 Golden Gate Ave., Suite 11000<br>    San Francisco, California  94102-7004<br>    Telephone:     415.703.5836<br>    Facsimile:      415.703.5843<br>    Ned.Fluet@doj.ca.gov<br><br>*Attorneys for Defendants M. Spearman,<br>R. Coffin, J. Lozano, A. Adams, and L.<br>Zamora* |

**IT IS SO ORDERED.**

Dated: January 2, 2015

IT IS SO ORDERED

Judge Jon S. Tigar