KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
EDWARD R. FLUET
Deputy Attorney General
State Bar No. 247203
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5836
 Fax:  (415) 703-5843
 E-mail:  Ned.Fluet@doj.ca.gov
*Attorneys for Defendants J. Beard, M. Spearman, R. Coffin, J. Lozano, A. Adams, A. Newton, D. Van Leer, and L. Zamora*

HERMAN J. HOYING
MORGAN, LEWIS & BOCKIUS  LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA  94105-1126
TELEPHONE:   415.442.1000
FACSIMILE:   415.442.1001
HHOYING@MORGANLEWIS.COM
*Attorney for Plaintiff Michelle-Lael Norsworthy*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHELE-LAEL NORSWORTHY,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY BEARD, et al.,**<br><br>Defendants. | C 14-00695 JST (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR RULE 35 INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF**<br><br>Judge:          The Honorable Jon S. Tigar<br>Trial Date:    None set<br>Action Filed: February 14, 2014 |

The Parties, having met and conferred, stipulate to the independent medical examination of Plaintiff Michelle-Lael Norsworthy per Rule 35 of the Federal Rules of Civil Procedure. The examination is to take place on Wednesday, January 28, 2015, at Mule Creek State Prison, at a mutually convenient time to be determined by the Parties and Mule Creek State Prison, by

defendants' proposed expert witness, Dr. Stephen B. Levine, M.D.  The independent medical examination will include a 2-3 hour clinical interview of Plaintiff regarding her gender identity dysphoria and her desire for sex-reassignment surgery and may include the Minnesota Multiphasic Personality Inventory (MMPI) and the Wechsler Adult Intelligence Scale (WAIS).

Plaintiff takes no position at this time with regard to whether Dr. Levine is a "suitably licensed or certified" examiner under Rule 35 and the Parties agree that Plaintiff, by entering this stipulation, does not waive any right and expressly reserves all rights to challenge Dr. Levine's qualifications and opinions.  Counsel for Plaintiff will be permitted to be present for the initial introduction of Plaintiff to Dr. Levine and present outside of the examination room but counsel for Plaintiff shall not be permitted to attend the examination.

Except as expressly noted, the Parties agree that the standard for a Rule 35 examination has been met.  Given this stipulation, Defendants withdraw their Motion for a Mental Examination (ECF No. 50) as moot.

SO STIPULATED, on January 15, 2015:

/s/ Herman J. Hoying

_____

HERMAN J. HOYING
*Attorney for Plaintiff*
*Michelle-Lael Norsworthy*

/s/ Edward R. Fluet

_____

EDWARD R. FLUET[1]
Deputy Attorney General
*Defendants J. Beard, M. Spearman, R. Coffin, J. Lozano, A. Adams, A. Newton, D. Van Leer, and L. Zamora*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

January 16, 2015
Dated

_____
HON. JON S. TIGAR
United States District Judge

---

[1] Under Northern District General Order 45, subsection X.B., Defendant's counsel attests that Plaintiff's counsel's gave him permission to electronically sign this Stipulation on his behalf.