UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>        Defendants. | Case No.  14-cv-00695-JST<br><br>**DISCOVERY ORDER** |

Before the Court is a discovery dispute concerning the legal sufficiency of Plaintiff Michelle-Lael Norsworthy's responses to seven interrogatories and nine document requests. Pursuant to the stipulation of the parties and the Court's order of December 15, 2014, ECF No. 44, the Court is resolving these disputes based on a joint e-mail dated February 9, 2015, a copy of which is attached to this order as Exhibit A.

Defendant Raymond J. Coffin seeks an order requiring Norsworthy to supplement her responses to the interrogatories and document requests at issue.  The Court will deny the request. From the parties' statements at the telephonic conference held on February 13, 2015, it is apparent that the information Coffin seeks has either already been the subject of questioning at deposition, or is contained within documents produced by Defendants to Plaintiff.  Thus, the information Defendants seek is equally within their possession.  Defendant has made no showing that it would be appropriate in this case to shift the burden of reviewing the documents to Plaintiff.

IT IS SO ORDERED.

Dated: February 18, 2015

                                                        _____<br>
                                                          JON S. TIGAR<br>
                                                   United States District Judge