UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. NORSWORTHY (a/k/a MICHELLE-LAEL B. NORSWORTHY),<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY BEARD; A. NEWTON; A. ADAMS; LORI ZAMORA; RAYMOND J. COFFIN; MARION SPEARMAN; DAVID VAN LEER; JARED LOZANO; and DOES 1-30,<br><br>Defendants. | Case No. 3:14-cv-00695-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR MOTIONS REGARDING PRELIMINARY INJUNCTION** |

Plaintiff and Defendants (collectively, "Parties") in the above-captioned case hereby stipulate as follows:

WHEREAS, on November 11, 2014, the Court issued a stipulated Scheduling Order Regarding Plaintiff's Motion for Preliminary Injunction setting January 29, 2015 as the deadline for Plaintiff's Motion for Preliminary Injunction (Dkt. No. 33);

WHEREAS, the Court subsequently revised the briefing schedule upon stipulation of the Parties, setting February 26, 2015 as the deadline for Plaintiff to file her Motion for Preliminary Injunction and March 12, 2015 as the deadline for Defendants to file their opposition (Dkt. No.

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 25764609.1

1                                   Case No. 3:14-cv-00695-JST
STIPULATION AND [PROPOSED] ORDER

48);

WHEREAS, Plaintiff believes – and Defendants do not oppose – that good cause exists to extend the page limitations provided in the Local Rules for the briefing on Plaintiff's Motion for Preliminary Injunction;

NOW, THEREFORE, pursuant to Local Rules 7-11 and 7-12, IT IS HEREBY STIPULATED by and between all parties to this action, through their undersigned counsel of record, as follows:

1. Plaintiff's memorandum of points and authorities in support of her Motion for Preliminary Injunction may be up to 30 pages in length.

2. Defendants' memorandum of points and authorities in opposition to Plaintiff's Motion for Preliminary Injunction may be up to 30 pages in length.

**IT IS SO STIPULATED.**

Dated: February 25, 2015          MORGAN, LEWIS & BOCKIUS LLP

By */s/ Herman Hoying*
         Herman Hoying

MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
hhoying@morganlewis.com

Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25764609.1

2                Case No. 3:14-cv-00695-JST
STIPULATION AND [PROPOSED] ORDER

Dated: February 25, 2015

**KAMALA D. HARRIS**
Attorney General of California

By */s/ Preeti K. Bajwa*
    Preeti K. Bajwa

Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, California 94102-7004
Telephone: 415.703.5836
Facsimile: 415.703.5843
Preeti.Bajwa@doj.ca.gov

Attorneys for Defendants

### FILER'S ATTESTATION

I, Herman Hoying, am the ECF User whose identification and password are being used to file this Stipulation. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from Defendants' counsel.

Dated: February 25, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Herman Hoying*
    Herman Hoying
    Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 26, 2015

IT IS SO ORDERED
Judge Jon S. Tigar

Judge of the United States District Court, Northern District of California

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25764609.1

3

STIPULATION AND [~~PROPOSED~~] ORDER

Case No. 3:14-cv-00695-JST