| | |
|---|---|
| 1 | CHRISTOPHER J. BANKS (Bar No. 218779) |
| 2 | HERMAN J. HOYING (Bar No. 257495)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 4 | Telephone:  415.442.1000<br>Fax: 415.442 1001 |
| 5 | cbanks@morganlewis.com<br>hhoying@morganlewis.com |
| 6 | ILONA M. TURNER (Bar No. 256219) |
| 7 | JENNIFER ORTHWEIN (Bar No. 255196)<br>SHAWN THOMAS MEERKAMPER (Bar No. 296964) |
| 8 | TRANSGENDER LAW CENTER<br>1629 Telegraph Avenue, Suite 400 |
| 9 | Oakland, California  94612<br>Telephone:      415.865.0176 |
| 10 | Facsimile:      877.847.1278<br>ilona@transgenderlawcenter.org |
| 11 | jen@transgenderlawcenter.org<br>shawn@transgenderlawcenter.org |
| 12 | Attorneys for Plaintiff |
| 13 | MICHELLE-LAEL B. NORSWORTHY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHELLE-LAEL B. NORSWORTHY, | No. 3:14-cv-00695-JST |
|---|---|
| Plaintiff, | **NOTICE OF FILING DOCUMENTS UNDER SEAL:  APPENDIX A TO PLAINTIFF'S EVIDENTIARY OBJECTION AND MOTION TO STRIKE PORTIONS OF EXPERT DECLARATION OF DR. STEPHEN LEVINE** |
| v. | |
| JEFFREY BEARD, A. NEWTON, A. ADAMS, LORI ZAMORA, RAYMOND J. COFFIN, MARION SPEARMAN, DAVID VAN LEER, JARED LOZANO, and DOES 1-30, | |
| Defendants. | |

Appendix A to Plaintiff's Evidentiary Objection and Motion to Strike Portions of Expert Declaration of Dr. Stephen Levine was submitted with Plaintiff's Administrative Motion to File Documents under Seal (Dkt. No.  78).