1    CHRISTOPHER J. BANKS (Bar No. 218779)
     HERMAN J. HOYING (Bar No. 257495)
2    MORGAN, LEWIS & BOCKIUS LLP
     One Market, Spear Street Tower
3    San Francisco, CA 94105-1126
     Telephone:  415.442.1000
4    Fax: 415.442 1001
     cbanks@morganlewis.com
5    hhoying@morganlewis.com

6    ILONA M. TURNER (Bar No. 256219)
     JENNIFER ORTHWEIN (Bar No. 255196)
7    SHAWN THOMAS MEERKAMPER (Bar No. 296964)
     TRANSGENDER LAW CENTER
8    1629 Telegraph Avenue, Suite 400
     Oakland, California  94612
9    Telephone:     415.865.0176
     Facsimile:     877.847.1278
10   ilona@transgenderlawcenter.org
     jen@transgenderlawcenter.org
11   shawn@transgenderlawcenter.org

12   Attorneys for Plaintiff
     MICHELLE-LAEL B. NORSWORTHY
13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17   MICHELLE-LAEL B. NORSWORTHY,          No. 3:14-cv-00695-JST

18          Plaintiff,                     **DECLARATION OF HERMAN J.
                                           HOYING IN SUPPORT OF
19      v.                                 PLAINTIFF'S EVIDENTIARY
                                           OBJECTIONS AND MOTION TO
20   JEFFREY BEARD, A. NEWTON, A.          STRIKE PORTIONS OF
     ADAMS, LORI ZAMORA, RAYMOND J.        DECLARATION OF DR. LEVINE**
21   COFFIN, MARION SPEARMAN, DAVID
     VAN LEER, JARED LOZANO, and DOES 1-
22   30,

23          Defendants.

24

25

26

27

28

_____
DECLARATION OF HERMAN J. HOYING IN SUPPORT OF MOTION TO STRIKE

I, Herman J. Hoying, declare:

1.      I am an associate with the law firm of Morgan, Lewis & Bockius LLP, counsel for plaintiff Michelle-Lael B. Norsworthy.  I have personal knowledge of the facts contained in this declaration and, if called as a witness, would and could competently testify to them.

2.      Attached hereto as Exhibit A is a true and accurate copy of an e-mail chain between Preeti Bajwa, counsel for Defendants, and Herman J. Hoying, counsel for Plaintiff, dated March 16, 2015 2:44PM, responding to Plaintiff's inquiry regarding Dr. Levine's curriculum vitae.

3.      Attached hereto as Exhibit B is a true and accurate copy of a document produced by Defendants in this litigation as Exhibit 1 in support of the Declaration of Dr. Levine, Dr. Levine's curriculum vitae dated December 1, 2008.

4.      Attached hereto as Exhibit C is a true and accurate copy of the search results for a search conducted on March 12, 2015 at 6:06PM on the LexisNexis database for articles authored by Dr. Stephen Levine between 2005 and 2015.

5.      Attached hereto as Exhibit D is a true and accurate copy of the search results for a search conducted on March 12, 2015 on the PubMed database for articles authored by Dr. Stephen Levine between 2005 and 2015.

6.      Attached hereto as Exhibit E is a true and accurate copy of an e-mail chain between Preeti Bajwa, counsel for Defendants, and Herman J. Hoying, counsel for Plaintiff, dated February 24, 2015 12:10PM, supplementing and clarifying Defendants' discovery responses.

7.      Attached hereto as Exhibit F is a true and accurate copy of  a study cited by Dr. Levine in footnote 2 of his Declaration:  Dhejne C. et al., Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden.  PloS One 6(2):1-8, 2011.

DECLARATION OF HERMAN J. HOYING IN SUPPORT OF MOTION TO STRIKE

1     DATED:  March 19, 2015           Morgan, Lewis & Bockius LLP

2

3                                  By:   _/s/ Herman J. Hoying_

4                                  HERMAN J. HOYING
5                                  MORGAN, LEWIS & BOCKIUS LLP
                                 One Market, Spear Street Tower
6                                  San Francisco, CA 94105-1126
                                 Telephone:  415.442.1000
7                                  Fax: 415.442 1001
                                 hhoying@morganlewis.com
8
                                 *Attorney for Plaintiff,*
9                                  MICHELLE-LAEL B. NORSWORTHY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF HERMAN J. HOYING IN SUPPORT OF MOTION TO STRIKE

# EXHIBIT A

**Hoying, Herman J.**

| | |
|---|---|
| **From:** | Preeti Bajwa [Preeti.Bajwa@doj.ca.gov] |
| **Sent:** | Monday, March 16, 2015 2:44 PM |
| **To:** | Hoying, Herman J. |
| **Cc:** | Jose ZelidonZepeda; Jay Russell; Marisa Kirschenbauer |
| **Subject:** | RE: Norsworthy - documents filed under seal |

Herman,

This is the most current version provided to us by Dr. Levine.

Thanks,
Preeti

**From:** Hoying, Herman J. [mailto:hhoying@morganlewis.com]
**Sent:** Monday, March 16, 2015 2:36 PM
**To:** Preeti Bajwa
**Cc:** Jose ZelidonZepeda; Jay Russell; Marisa Kirschenbauer
**Subject:** Re: Norsworthy - documents filed under seal

Received.  However, the version submitted to the Court does not appear to be a current version of Dr. Levine's CV. By way of example, it is dated 2008, does not include the end date for his association with WPATH and does not appear to include a full list of his publications for the past ten years as required by Rule 26.  These failures prejudice Plaintiff's ability to meaningfully respond and Plaintiff reserves all rights.

hjh

**Herman J. Hoying**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | **Error! Hyperlink reference not valid.**
Direct: +1.415.442.1359 | Fax: +1.415.442.1001
hhoying@morganlewis.com | www.morganlewis.com
Assistant: Laura Walker | +1.415.442.1467 |lwalker@morganlewis.com

On Mar 16, 2015, at 2:26 PM, "Preeti Bajwa" <Preeti.Bajwa@doj.ca.gov> wrote:

Herman,

Please excuse the mistake. I have filed Exhibit 1 along with a Notice of Errata directly with the Court as this is part of the Exhibit filed under seal.  You were copied on that email and should receive both documents.

Thank you,
Preeti

**From:** Hoying, Herman J. [mailto:hhoying@morganlewis.com]
**Sent:** Monday, March 16, 2015 10:46 AM
**To:** Preeti Bajwa
**Cc:** Jose ZelidonZepeda; Jay Russell; Marisa Kirschenbauer
**Subject:** RE: Norsworthy - documents filed under seal

Exhibit G, Dr. Levine's report, references an Exhibit 1, which purports to be his CV.  Was that included with the submission to the Court?  It is not included in the soft copy you sent us.  I have not yet received the hard copy that you mailed.

hjh

**Herman J. Hoying**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: +1.415.442.1359 | Fax: +1.415.442.1001
hhoying@morganlewis.com | www.morganlewis.com
Assistant: Laura Walker | +1.415.442.1467 | lwalker@morganlewis.com

**From:** Preeti Bajwa [mailto:Preeti.Bajwa@doj.ca.gov]
**Sent:** Monday, March 16, 2015 10:42 AM
**To:** Hoying, Herman J.
**Cc:** Jose ZelidonZepeda; Jay Russell; Marisa Kirschenbauer
**Subject:** Norsworthy - documents filed under seal

Herman,

Attached is Exhibit G, Dr. Levine's report – this was the only exhibit filed under seal. This was sent to you via email and hard-copy on 3/12/15.

Preeti

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT B

12/1/2008

Curriculum Vitae
# Stephen B. Levine, M.D.

I)   **Brief Introduction**

A)    Dr. Levine is Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine.  He is the solo author of four books, <u>Sex Is Not Simple</u> in 1989 (translated to German in 1992 and reissued in English in 1997 as <u>Solving Common Sexual Problems</u>); <u>Sexual Life: A clinician's guide</u> in 1992; <u>Sexuality in Midlife</u> in 1998 and <u>Demystifying Love: Plain talk for the mental health professional</u> in 2006.  He is the Senior Editor of the <u>Handbook of Clinical Sexuality for Mental Health Professionals</u> (2003). He has been teaching, providing clinical care, and writing since 1973 and has generated over 170 articles including original research, invited papers, commentaries, chapters, and book reviews. He has served as a journal manuscript and book prospectus reviewer for many years. He is co-director of the Center for Marital and Sexual Health in Beachwood, Ohio. He and two colleagues received a lifetime achievement Masters and Johnson's Award from the Society for Sex Therapy and Research in March 2005.

II)   **Education**

A)  1963 BA Washington and Jefferson College
B)  1967 MD Case Western Reserve University School of Medicine
C)  1967-68 internship in Internal Medicine University Hospitals of Cleveland
D)  1968-70 Research associate, National Institute of Arthritis and Metabolic Diseases, Epidemiology Field Studies Unit, Phoenix, Arizona, United States Public Health Service
E)  1970-73 Psychiatric Residency, University Hospitals of Cleveland
F)  1974-77 Robert Wood Johnson Foundation Clinical Scholar

III)   **Appointments at Case Western Reserve University School of Medicine**

A)  1985-Full Professor
B)  1993-Clinical Professor

IV)   **Professional Societies**

A)  1971- American Psychiatric Association; fellow; #19909
B)  2005-American Psychiatric Association- **Distinguished Life Fellow**
C)  1973- Cleveland Psychiatric Society
D)  1973-Cleveland Medical Library Association
    1) 1985-Life Fellow
    2) 2003 Distinguished Life Fellow
E)  1974-Society for Sex Therapy and Research
    1) 1987-89-President
F)  1983- International Academy of Sex Research
G)  1983- Harry Benjamin International Gender Dysphoria Association
    1) 1997-8 Chairman, Standards of Care Committee

H)  1994- Society for Scientific Study of Sex
V)  **Editorial Boards**
   A)  1978-80 Book Review Editor Journal Sex and Marital Therapy
   B)  Manuscript Reviewer for
      1) Archives of Sexual Behavior
      2) Annals of Internal Medicine
      3) British Journal of Obstetrics and Gynecology
      4) JAMA
      5) Diabetes Care
      6) American Journal of Psychiatry
      7) Maturitas
      8) Psychosomatic Medicine
      9) Sexuality and Disability
      10)     Journal of Nervous and Mental Diseases
      11)     Journal of Neuropsychiatry and Clinical Neurosciences
      12)     Neurology
      13)     Journal Sex and Marital Therapy
      14)     Journal Sex Education and Therapy
      15)     Social Behavior and Personality: an international journal (New Zealand)
      16)     International Journal of Psychoanalysis
      17)     International Journal of Transgenderism
      18)     Journal of Urology
      19)     Journal of Sexual Medicine
      20)     Current Psychiatry
      21)     International Journal of Impotence
      22)     Journal of Sexual Medicine
      23)

VI)  **Publications**
   A)  Books
      1) Pariser SR, Levine SB, McDowell M (eds.), <u>Clinical Sexuality</u>, Marcel Dekker, New York, 1985
      2) <u>Sex Is Not Simple</u>, Ohio Psychological Publishing Company, 1988
          (a)     Translated into German as <u>Angstfreie Sexualitat: Gluck und Erfullung in der Liebe</u>, Wilhelm Heyne Verlag, Muchen, 1992
          (b)     Reissued in paperback as: <u>Solving Common Sexual Problems: Toward a Problem Free Sexual Life</u>, Jason Aronson, Livingston, NJ. 1997
      3) <u>Sexual Life: A Clinician's Guide</u>. Plenum Publishing Corporation. New York, 1992
          (a)     See review in Archives of Sexual Behavior 28(4): 361-363,1999
      4) <u>Sexuality in Midlife</u>. Plenum Publishing Corporation. New York, 1998
          (a)     See review in Am Journal of Psychiatry 156((9):1468, 1999

        (b)      See review in Contemporary Psychology APA Review of Books 44(4):293-295, 1999

        (c)      See review J Sex Education and Therapy January, 2000

        (d)      See review J Sex and Marital Therapy, Winter, 2000

5) Editor.  Clinical Sexuality. Psychiatric Clinics of North America, March, 1995.

6) Editor, (Candace Risen and Stanley Althof, co-editors)<u>Handbook of Sexual Problems for Mental Health Professionals</u>. Brunner-Routledge, New York, 2003

      1.  see review American Journal of Psychiatry April, 2005

      2.  2006 SSTAR Book Award:  Exceptional Merit

      3.  see review in Archives of Sexual Behavior 35(6):757-758

      4.  see two reviews in Journal of Sex and Marital Therapy 33(3):272-276

7) Demystifying Love:  Plain talk for the mental health professional. Routledge, New York, December 2006.

      (i)   See review JSMT 34(5)October-Dec2008 by Lin Myers

      (ii)  See review in Psychiatric Times August 2008 by Leonore Tiefer

      (iii) See three reviews at Amazon.com


B)  <u>Research and Invited Papers</u>    When his name is not listed in a citation,Dr. Levine is either the solo or the senior author

1) Sampliner R. Parotid enlargement in Pima Indians. Annals of Internal Medicine 1970; 73:571-73

2) Confrontation and residency activism: A technique for assisting residency change: World Journal of Psychosynthesis 1974; 6: 23-26

3) Activism and confrontation: A technique to spur reform.  Resident and Intern Consultant 173; 2

4) Medicine and Sexuality. Case Western Reserve Medical Alumni Bulletin 1974:37:9-11.

5) Some thoughts on the pathogenesis of premature ejaculation. J. Sex & Marital Therapy 1975; 1:326-334

6) Marital Sexual Dysfunction: Introductory Concepts. Annals of Internal Medicine 1976;84:448-453

7) Marital Sexual Dysfunction: Ejaculation Disturbances 1976; 84:575-579

8) Yost MA: Frequency of female sexual dysfunction in a gynecology clinic: An epidemiological approach. Archives of Sexual Behavior 1976;5:229-238

9) Engel IM, Resnick PJ, Levine SB: Use of programmed patients and videotape in teaching medical students to take a sexual history. Journal of Medical Education 1976;51:425-427

10)    Marital Sexual Dysfunction: Erectile dysfunction. Annals of Internal Medicine 1976;85:342-350

11)    Articles in Medical Aspects of Human Sexuality

      (a)      Treating the single impotent male. 1976; 10:123, 137

(b)    Do  men enjoy being caressed during foreplay as much as women do? 1977; 11:9

(c)    Do men like women to be sexually assertive? 1977;11:44

(d)    Absence of sexual desire in women: Do some women never experience sexual desire? Is this possibility genetically determined? 1977; 11:31

(e)    Barriers to the attainment of ejaculatory control. 1979; 13:32-56.

(f)    Commentary on sexual revenge.1979;13:19-21

(g)    Prosthesis for psychogenic impotence? 1979;13:7

(h)    Habits that infuriate mates. 1980;14:8-19

(i)    Greenberger-Englander, Levine SB. Is an enema an erotic equivalent?1981; 15:116

(j)    Ford AB, Levine SB. Sexual Behavior and the Chronically Ill Patients. 1982; 16:138-150

(k)    Preoccupation with wife's sexual behavior in previous marriage 1982; 16:172

(l)    Co-existing organic and psychological impotence. 1985;19:187-8

(m)    Althof SE, Turner LA, Kursh ED, Bodner D, Resnick MI, Risen CB. Benefits and Problems with Intracavernosal injections for the treatment of impotence. 1989;23(4):38-40

12)    Male Sexual Problems. Resident and Staff Physician 1981:2:90-5

13)    Female Sexual Problems. Resident and Staff Physician 1981:3:79-92

14)    How can I determine whether a recent depression in a 40 year old married man is due to organic loss of erectile function or whether the depression is the source of the dysfunction? Sexual Medicine Today 1977;1:13

15)    Corradi RB, Resnick PJ Levine SB, Gold F. For chronic psychologic impotence: sex therapy or psychotherapy? I & II Roche Reports; 1977

16)    Marital Sexual Dysfunction: Female dysfunctions 1977; 86:588-597

17)    Current problems in the diagnosis and treatment of psychogenic impotence. Journal of Sex & Marital Therapy 1977;3:177-186

18)    Resnick PJ, Engel IM. Sexuality curriculum for gynecology residents. Journal of Medical Education 1978; 53:510-15

19)    Agle DP. Effectiveness of sex therapy for chronic secondary psychological impotence Journal of Sex & Marital Therapy 1978;4:235-258

20)    DePalma RG, Levine SB, Feldman S. Preservation of erectile function after aortoiliac reconstruction. Archives of Surgery 1978;113-958-962

21)    Conceptual suggestions for outcome research in sex therapy Journal of Sex & Marital Therapy 1981;6:102-108

22) Lothstein LM.  Transsexualism or the gender dysphoria syndrome. Journal of Sex & Marital Therapy 1982; 7:85-113

23) Lothstein LM, Levine SB. Expressive psychotherapy with gender dysphoria patients Archives General Psychiatry 1981; 38:924-929

24) Stern RG Sexual function in cystic fibrosis. Chest 1982; 81:422-8

25) Shumaker R. Increasingly Ruth: Towards understanding sex reassignment surgery Archives of Sexual Behavior 1983;12:247-61

26) Psychiatric diagnosis of patients requesting sex reassignment surgery. Journal of Sex & Marital Therapy 1980; 6:164-173

27) Problem solving in sexual medicine I. British Journal of Sexual Medicine 1982;9:21-28

28) A modern perspective on nymphomania. Journal of Sex & Marital Therapy 1982;8:316-324

29) Nymphomania. Female Patient 1982;7:47-54

30) Commentary on Beverly Mead's article: When your patient fears impotence. Patient Care 1982;16:135-9

31) Relation of sexual problems to sexual enlightenment. Physician and Patient 1983 2:62

32) Clinical overview of impotence. Physician and Patient 1983; 8:52-55.

33) An analytical approach to problem-solving in sexual medicine: a clinical introduction to the psychological sexual dysfunctions. II. British Journal of Sexual Medicine

34) Coffman CB, Levine SB, Althof SE, Stern RG Sexual Adaptation among single young adults with cystic fibrosis. Chest 1984;86:412-418

35) Althof SE, Coffman CB, Levine SB. The effects of coronary bypass in female sexual, psychological, and vocational adaptation. Journal of Sex & Marital Therapy 1984;10:176-184

36) Letter to the editor: Follow-up on Increasingly Ruth. Archives of Sexual Behavior 1984;13:287-9

37) Essay on the nature of sexual desire Journal of Sex & Marital Therapy 1984; 10:83-96

38) Introduction to the sexual consequences of hemophilia. Scandanavian Journal of Haemology 1984; 33:(supplement 40).75-

39) Agle DP, Heine P. Hemophila and Acquired Immune Deficiency Syndrome: Intimacy and Sexual Behavior. National Hemophilia Foundation; July, 1985
    (a)    Translated into German
    (b)    Translated into Spanish

40) Turner LA, Althof SE, Levine SB, Bodner DR, Kursh ED, Resnick MI. External vacuum devices in the treatment of erectile dysfunction: a one-year study of sexual and psychosocial impact. Journal of Sex & Marital Therapy

41) Schein M, Zyzanski SJ, Levine SB, Medalie JH, Dickman RL,

Alemagno SA. The frequency of sexual problems among family practice patients. Family Practice Research Journal 1988; 7:122-134

42) More on the nature of sexual desire. Journal of Sex & Marital Therapy 1987;13:35-44

43) Waltz G, Risen CB, Levine SB. Antiandrogen treatment of male sex offenders. Health Matrix 1987; V.51-55.

44) Lets talk about sex. National Hemophilia Foundation January, 1988

45) Sexuality, Intimacy, and Hemophilia: questions and answers . National Hemophilia Foundation January, 1988

46) Prevalence of sexual problems. Journal Clinical Practice in Sexuality 1988;4:14-16.

47) Kursh E, Bodner D, Resnick MI, Althof SE, Turner L, Risen CB, Levine SB. Injection Therapy for Impotence. Urologic Clinics of North America 1988; 15(4):625-630

48) Bradley SJ, Blanchard R, Coates S, Green R, Levine S, Meyer-Bahlburg H, Pauly I, Zucker KJ. Interim report of the DSM-IV Subcommittee for Gender Identity Disorders. Archives of Sexual Behavior 1991;;20(4):333-43.

49) Sexual passion in mid-life. Journal of Clinical Practice in Sexuality 1991 6(8):13-19

50) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DR, Resnick MI. Intracavernosal injections in the treatment of impotence: A prospective study of sexual, psychological, and marital functioning. Journal of Sex & Marital Therapy 1987; 13:155-167

51) Althof SE, Turner LA, Risen CB, Bodner DR, Kursh ED, Resnick MI. Side effects of self-administration of intracavernosal injection of papaverine and phentolamine for treatment of impotence. Journal of Urology 1989;141:54-7

52) Turner LA, Froman SL, Althof SE, Levine SB, Tobias TR, Kursh ED, Bodner DR.  Intracavernous injections in the management of diabetic impotence.  Journal of Sexual Education and Therapy 16(2):126-36, 1989

53) Is it time for sexual mental health centers? Journal of Sex & Marital Therapy 1989;

54) Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI.  Sexual, psychological, and marital impact of self injection of papaverine and phentolamine: a long-term prospective study.  Journal of Sex & Marital Therapy

55) Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Why so many men drop out of intracavernosal treatment?   Journal of Sex & Marital Therapy. 1989;15:121-9

56) Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Self injection of papaverine and phentolamine in the treatment of psychogenic impotence. Journal of Sex & Marital

Therapy. 1989; 15(3):163-78

57) Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Treating erectile dysfunction with external vacuum devices: impact upon sexual, psychological, and marital functioning.  Journal of Urology 1990;141(1):79-82

58) Risen CB, Althof SE.  An essay on the diagnosis and nature of paraphilia Journal of Sex & Marital Therapy 1990; 16(2):89-102.

59) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Through the eyes of women: the sexual and psychological responses of women to their partners' treatment with self-injection or vacuum constriction therapy. International Journal of Impotence Research (supplement 2)1990;346-7.

60) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. A comparison of the effectiveness of two treatments for erectile dysfunction: self injection vs. external vacuum devices. . International Journal of Impotence Research (supplement 2)1990;289-90

61) Kursh E, Turner L, Bodner D, Althof S, Levine S. A prospective study on the use of the vacuum pump for the treatment of impotence.International Journal of Impotence Research (supplement 2)1990;340-1.

62) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of intracavernous therapy in the treatment of erectile dysfunction in Journal of Sex & Marital Therapy 1991; 17(2):101-112

63) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of vacuum pump devices in the treatment of erectile dsyfunction in Journal of Sex & Marital Therapy 1991;17(2):81-93

64) Turner LA, Althof SE, Levine SB, Bodner DB, Kursh ED, Resnick MI. A 12-month comparison of the effectiveness of two treatments for erectile dysfunction: self injection vs. external vacuum devices. Urology 1992;39(2):139-44

65) Althof SE, The pathogenesis of psychogenic impotence.  J. Sex Education and Therapy. 1991; 17(4):251-66

66) Mehta P, Bedell WH, Cumming W, Bussing R, Warner R, Levine SB. Letter to the editor. Reflections on hemophilia camp. Clinical Pediatrics 1991; 30(4):259-260

67) Successful Sexuality. Belonging/Hemophilia. (Caremark Therapeutic Services), Autumn, 1991

68) Psychological intimacy. Journal of Sex & Marital Therapy 1991; 17(4):259-68

69) Male sexual problems and the general physician, Georgia State Medical Journal 1992; 81(5): 211-6

70) Althof SE, Turner LA, Levine SB, Bodner DB, Kursh E, Resnick MI.

Through the eyes of women: The sexual and psychological responses of women to their partner's treatment with self-injection or vacuum constriction devices. Journal of Urology 1992; 147(4):1024-7

71) Curry SL, Levine SB, Jones PK, Kurit DM. Medical and Psychosocial predictors of sexual outcome among women with systemic lupus erythematosis.  Arthritis Care and Research 1993; 6:23-30

72) Althof SE, Levine SB. Clinical approach to sexuality of patients with spinal cord injury. Urological Clinics of North America 1993; 20(3):527-34

73) Gender-disturbed males. Journal of Sex & Marital Therapy 19(2):131-141, 1993

74) Curry SL, Levine SB, Jones PK, Kurit DM. The impact of systemic lupus erythematosis on women's sexual functioning. Journal of Rheumatology 1994; 21(12):2254-60

75) Althof SE, Levine SB, Corty E, Risen CB, Stern EB, Kurit D. Clomipramine as a treatment for rapid ejaculation: a double-blind crossover trial of 15 couples. Journal of Clinical Psychiatry 1995;56(9):402-7

76) Risen CB, Althof SE. Professionals who sexually offend: evaluation procedures and preliminary findings. Journal of Sex & Marital Therapy 1994; 20(4):288-302

77) On Love, Journal of Sex & Marital Therapy 1995; 21(3):183-191

78) What is clinical sexuality? Psychiatric Clinics of North America 1995; 18(1):1-6

79) "Love" and the mental health professions: Towards an understanding of adult love. Journal of Sex & Marital Therapy 1996; 22(3)191-202

    (a)    Reprinted in Issues in Human Sexuality: Current & Controversial Readings with Links to Relevant Web Sites, 1998-9, Richard Blonna, Editor, Engelwood, Co. Morton Publishing Company, 1998

80) The role of Psychiatry in erectile dysfunction: a cautionary essay on the emerging treatments. Medscape Mental Health 2(8):1997 on the Internet. September, 1997.

81) Discussion of Dr. Derek Polonsky's SSTAR presentation on Countertransference. Journal of Sex Education and Therapy 1998; 22(3):13-17

82) Understanding the sexual consequences of the menopause. Women's Health in Primary Care, 1998

    (a)    Reprinted in the International Menopause Newsletter

83) Fones CSL, Levine SB. Psychological aspects at the interface of diabetes and erectile dysfunction. Diabetes Reviews 1998; 6(1):1-8

84) Guay AT, Levine SB, Montague DK. New treatments for erectile

dysfunction. Patient Care March 15, 1998

85) Extramarital Affairs. Journal of Sex & Marital Therapy 1998; 24(3):207-216

86) Levine SB (chairman), Brown G, Cohen-Kettenis P, Coleman E, Hage JJ, Petersen M,  Pfäfflin F, Shaeffer L, vanMasdam J, Standards of Care of the Harry Benjamin International Gender Dsyphoria Association, 5th revision, 1998. International Journal of Transgenderism at http://www.symposion.com/ijt

    (a)    Reprinted by the  the Harry Benjamin International Gender Dsyphoria Association, Minneapolis, Minnesota

    (b)    also published in:

87) Althof SE, Corty E, Levine SB, Levine F, Burnett A, McVary K, Stecher V, Seftel. The EDITS: the development of questionnaires for evaluating satisfaction with treatments for erectile dysfunction. Urology 1999;53:793-799

88) Fones CSL, Levine SB, Althof SE, Risen CB. The sexual struggles of 23 clergymen: a follow-up study. Journal of Sex & Marital Therapy 1999

89) The Newly Devised Standards of Care for Gender Identity Disorders. Journal of Sex Education and Therapy 24(3):1-11,1999

90) Melman A, Levine SB, Sachs B, Segraves RT, Van Driel MF. Psychological Issues in Diagnosis of Treatment (committee 11) in Erectile Dysfunction (A.Jarden, G.Wagner, S.Khoury, F. Guiliano, H.Padma-nathan, R. Rosen, eds.) Plymbridge Distributors Limited, London, 2000

91) Pallas J, Levine SB, Althof SE, Risen CB. A study using Viagra in a mental health practice. J Sex&Marital Therapy.26(1):41-50, 2000

92) Levine SB, Stagno S. Informed Consent for Case Reports: the ethical dilemma between right to privacy and pedagogical freedom. Journal of Psychotherapy: Practice and Research, 2001, 10 (3): 193-201.

93) Alloggiamento T., Zipp C., Raxwal VK, Ashley E, Dey S. Levine SB, Froelicher VF. Sex, the Heart, and Sildenafil. Current Problems in Cardiology 26 June 2001(6):381-416

94) Re-exploring The Nature of Sexual Desire. Journal of Sex and Marital Therapy 28(1):39-51, 2002

95)     Understanding Male Heterosexuality and Its Disorders in Psychiatric Times XIX(2):13-14, February, 2002

96) Erectile Dysfunction: Why drug therapy isn't always enough. (2003) Cleveland Clinic Journal of Medicine, 70(3): 241-246.

97) The Nature of Sexual Desire: A Clinician's Perspective.  Archives of Sexual Behavior 32(3):279-286, 2003 .

98) Laura Davis. What I Did For Love: Temporary Returns to the Male Gender Role. International Journal of Transgenderism, 6(4), 2002 and http://www.symposion.com/ijt

99)   Risen C.B., The Crisis in the Church: Dealing with the Many Faces of Cultural Hysteria in The International Journal of Applied Psychoanalytic Studies, 1(4):364-370, 2004

100)  Althof SE, Leiblum SR (chairpersons), Chevert-Measson M. Hartman U., Levine SB, McCabe M., Plaut M, Rodrigues O, Wylie K., Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction in World Health Organization Conference Proceedings on Sexual Dysfunctions, Paris, 2003. Published in a book issued in 2004.

101)  Commentary on Ejaculatory Restrictions as a Factor in the Treatment of Haredi (Ultra-Orthodox) Jewish Couples: How Does Therapy Work? Archives of Sexual Behavior, 33(3):June 2004

102)  What is love anyway? J Sex & Marital Therapy 31(2):143-152,2005.

103)  A Slightly Different Idea, Commentary on Y.M.Binik's Should Dyspareunia Be Retained as a Sexual Dysfunction in DSM-V? A Painful Classification Decision. Archives of Sexual Behavior 34(1):38-39, 2005. http://dx.doi.org/10.1007/s10508-005-7469-3

104)  Commentary. Pharmacologic Treatment of Erectile Dysfunction: Not always a simple matter. BJM USA; Primary Care Medicine for the American Physician, 4(6):325-326, July 2004

105)  Leading Comment: A Clinical Perspective on Infidelity.  Journal of Sexual and Relationship Therapy, 20(2):143-153, May 2005.

106)  Multiple authors.  Efficacy and safety of sildenafil citrate (Viagra) in men with serotonergic antidepressant-associated erectile dysfunction: Results from  a randomized, double-blind, placebo-controlled trial.  Submitted to Journal of Clinical Psychiatry Feb 2005

107)  Althof SE, Leiblum SR, Chevert-Measson M, Hartman U,Levine SB,McCabe M, Plaut M, Rodrigues O, Wylie K. Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction. Journal of Sexual Medicine, 2(6): 793-800, November, 2005

108)  Shifren JL, Davis SR, Moreau M, Waldbaum A, Bouchard C., DeRogatis L., Derzko C., Bearnson P., Kakos N., O'Neill S., Levine S., Wekselman K., Buch A., Rodenberg C., Kroll R. Testosterone Patch for the Treatment of Hypoactive Sexual Desire Disorder in Naturally Menopausal Women: Results for the INTIMATE NM1 Study.  Menopause: The Journal of the North American Menopause Society 13(5) 2006.

109)  Reintroduction to Clinical Sexuality. Focus: A Journal of Lifelong Learning in Psychiatry Fall 2005. III (4):526-531

110)  PDE-5 Inhibitors and Psychiatry in J Psychiatric Practice 12 (1): 46-49, 2006.

111)  Sexual Dysfunction: What does love have to do with it? Current Psychiatry 5(7):59-68, 2006.

112)  How to take a Sexual History (Without Blushing), Current

Psychiatry 5(8): August, 2006.

113) Linking Depression and ED:  Impact on sexual function and relationships in Sexual Function and Men's Health Through the Life Cycle under the auspices of the Consortium for Improvement of Erectile Function (CIEF),12-19, November, 2006.

114) The First Principle of Clinical Sexuality.  Editorial. Journal of Sexual Medicine, in Press .2007

115) Commentary on David Rowland's editorial, "Will Medical Solutions to Sexual Problems Make Sexological Care and Science Obsolete?" Journal of Sex and Marital Therapy, 33(5), 2007

116) Real Life Test:  An Unsettling Review with Clinical Suggestions (2009) International Journal of Sexual Health.   In press

C) Chapters

1) Overview of Sex Therapy.  In Sholevar GP (ed) The Handbook of Marriage and Marital Therapy. New York. Spectrum Publications, 1981 pp417-41

2) Why study sexual functioning in diabetes? In Hamburg BA, Lipsett LF, Inoff GE, Drash A (eds) Behavioral & Psychosocial Issues in Diabetes: Proceedings of a National conference. Washington, DC. US Dept. of Health & Human Services. PHS NIH, Pub. #80-1933

3) Sexual Problems in the Diabetic in Bleicher SJ, Brodoff B (eds) Diabetes Mellitus and Obesity. Williams and Wilkins, 1992

4) Clinical Introduction to Human Sexual Dysfunction. In Pariser SF, Levine SB, McDowell M (eds) Clinical Sexuality. New York, Marcel Dekker Publisher, 1983.

5) Psychodynamically-oriented clinician's overview of psychogenic impotence. In RT Segraves (ed) Impotence. New York, Plenum, 1985

6) Origins of sexual preferences. In Shelp EE (ed) Sexuality and Medicine. D. Reidel Publishing co. 1987. Pp39-54.

7) Hypoactive Sexual Desire and Other Problems of Sexual Desire. In H. Lief (ed). The Treatment of Psychosexual Dysfunctions/ III. American Psychiatric Press, chapter 207.pp2264-79, 1989

8)  Psychological Sexual Dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

9)  Male sexual dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

10) Sexuality and Aging. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

11) Homosexuality. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

12) Individual and intrapsychic factors in sexual desire. In Leiblum SR, Rosen RC (eds). Clinical Perspectives on Sexual Desire Disorders.

Guilford Press, New York, 1988, pp21-44

13) Gender Identity Disorders. In Sadock B, Kaplan H(eds). Comprehensive Textbook of Psychiatry, Baltimore, William and Wilkins, 1989, pp 1061-9

14) Intrapsychic and Interpersonal Aspects of Impotence: Psychogenic Erectile Dysfunction. In  Leiblum SR, Rosen RC (eds). Erectile Disorders: Assessment and Treatment. Guilford Press, New York, 1992

15) Psychological Factors in Impotence.  In Resnick MI, Kursh ED, (eds.) Current Therapy in Genitourinary Surgery, 2nd edition. BC Decker, 1991, pp549-51

16) The Vagaries of Sexual Desire. In Leiblum SR, Rosen RC (eds). In Case Studies in Sex Therapy. Guilford Press, New York, 1995

17) Rosenblatt EA. Sexual Disorders (chapter 62). In Tasman A, Kay J, Liberman JA (eds). Psychiatry Volume II, W.B.Saunders, Philadelphia. 1997, pp 1173-2000.

18) Althof SE. Psychological Evaluation and Sex Therapy.   In Mulcahy JJ (ed) Diagnosis and Management of Male Sexual Dysfunction Igaku-Shoin, New York, 1996, pp74-88

19) Althof SE, Levine SB. Psychological Aspects of Erectile Dysfunction. In Hellstrum WJG (ed) Male Infertility and Dysfunction. Springer-Verlag, New York, 1997. pp 468-73

20) Paraphilias. In Comprehensive Textbook of Psychiatry/VII. Sadock BJ, Sadock VA (eds.) Lippincott Williams & Wilkins, Baltimore, 1999, pp1631-1645.

21) Women's Sexual Capacities at Mid-Life in The Menopause: Comprehensive Management B. Eskind (ed). Parthenon Publishing, Carnforth, UK, 2000.

22) Male Heterosexuality in Masculinity and Sexuality:Selected Topics in the Psychology of Men, (Richard C. Friedman and Jennifer I. Downey, eds) Annual Review of Psychiatry, American Psychiatric Press, Washington, DC, W-18. pp29-54.

23) R.T.Segraves. Introduction to section on Sexuality: Treatment of Psychiatric Disorders-III (G.O.Gabbard, ed), American Psychiatric Press, Washington, DC, 2001

24) Sexual Disorders (2003) in Tasman A, Kay J, Liberman JA (eds). Psychiatry 2nd edition, Volume II, W.B.Saunders, Philadelphia. Chapter 74

25) What Patients Mean by Love, Psychological Intimacy, and Sexual Desire (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp.21-36.

26) Infidelity (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp57-74

27)   Preface (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp xiii-xviii

28)   A Psychiatric Perspective on Psychogenic Erectile Dysfunction (2004) in T.F. Lue (ed) Atlas of Male Sexual Dysfunction, Current Medicine, Philadelphia Chapter 5

29)   Levine, SB., Seagraves, RT.  Introduction to Sexuality Section, Treatment of Psychiatric Disorders, 3rd edition (Gabbard GO, editor), American Psychiatric Press, 2007

30)   Risen CB, (2006)Professionals Who Are Accused of Sexual Boundary Violations *In Sex Offenders: Identification, Risk Assessment, Treatment, and Legal Issues* edited by Fabian M. Saleh, Albert J. Grudzinskas, Jr., and John M. Bradford, Oxford University Press, in press

31)   Sexual Disorders, in Psychiatry, third edition, Tasman A. Kay J, Lieberman J, First MD, and Maj M (eds). John Wiley & Sons, Chichester, UK, volume 2 pp 1578-1608.

# EXHIBIT C



**User Name:** Theresa Kim
**Date and Time:** Mar 12, 2015   6:06 p.m. EDT
**Job Number:** 18050348

## Documents(18)

1. *Secondary efficacy endpoints of the pentavalent rotavirus vaccine against gastroenteritis in sub-Saharan Africa.*

   **Client/Matter:** -None-
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

2. *Towards a compendium of the psychopathologies of love.*

   **Client/Matter:** -None-
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

3. *Sexual education for psychiatric residents.*

   **Client/Matter:** -None-
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

4. *Psychological and interpersonal dimensions of sexual function and dysfunction. (41 REFS)*

   **Client/Matter:** -None-
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

5. *What is sexual addiction? J Sex Marital Ther. 2010*

   **Client/Matter:** -None-
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

6. *Adult urology,Impact of Erectile Dysfunction on Confidence, Self-Esteem and Relationship Satisfaction After 9 Months of Sildenafil Citrate Treatment*

   **Client/Matter:** -None-
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

7. *Sexual education for psychiatric residents.*

   **Client/Matter:** -None-
   **Narrowed by:**

|  | Content Type | Narrowed by |
|--|--------------|-------------|
|  | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

8. *Novel nanofiber-based scaffold for rotator cuff repair and augmentation. J Bone Joint Surg Am. 2006 Dec*

**Client/Matter:** -None-

**Narrowed by:**

|  | Content Type | Narrowed by |
|--|--------------|-------------|
|  | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

9. *A slightly different idea. Arch Sex Behav. 2005 Feb*

**Client/Matter:** -None-

**Narrowed by:**

|  | Content Type | Narrowed by |
|--|--------------|-------------|
|  | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

10. *Efficacy and safety of dapoxetine for the treatment of premature ejaculation: integrated analysis of results from five phase 3 trials.*

**Client/Matter:** -None-

**Narrowed by:**

|  | Content Type | Narrowed by |
|--|--------------|-------------|
|  | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

11. *I am not a sex therapist! Arch Sex Behav. 2009 Dec*

**Client/Matter:** -None-

**Narrowed by:**

|  | Content Type | Narrowed by |
|--|--------------|-------------|
|  | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

12. *The first principle of clinical sexuality. (12 REFS)*

**Client/Matter:** -None-

**Narrowed by:**

|  | Content Type | Narrowed by |
|--|--------------|-------------|
|  | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

13. *Meanings and political implications of "psychopathology" in a gender identity clinic: a report of 10 cases.*

**Client/Matter:** -None-

**Narrowed by:**

|  | Content Type | Narrowed by |
|--|--------------|-------------|
|  | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

14. *The PDE-5 inhibitors and psychiatry.*

**Client/Matter:** -None-

**Narrowed by:**

|  | Content Type | Narrowed by |
|--|--------------|-------------|
|  | Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

15. *Fashions in genital fashion: where is the line for physicians? Commentary on Veale and Daniels (2011). Arch Sex Behav. 2012 Aug*

**Client/Matter:** -None-

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

16. *Commentary on consideration of diagnostic criteria for erectile dysfunction in DSM-V.*

**Client/Matter:**  -None-

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

17. *Commentary on David Rowland's "Will medical solutions to sexual problems make sexological care and science obsolete?". J Sex Marital Ther. 2007 Oct-Dec (14 REFS)*

**Client/Matter:**  -None-

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

18. *Evolution of a remedial CME course in professionalism: addressing learner needs, developing content, and evaluating outcomes.*

**Client/Matter:**  -None-

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| Scientific | Timeline: Jan 01, 2005 to Dec 31, 2014 |

# EXHIBIT D

PubMed ▼  | Levine SB[Author]  | ⊗

Summary   50 per page   Sorted by Recently Added

## Results: 21

Filters activated: Publication date from 2005/02/17. Clear all to show 107 items.

☐ Towards a compendium of the psychopathologies of love.
1. **Levine SB**.
Arch Sex Behav. 2014 Jan;43(1):213-20. doi: 10.1007/s10508-013-0242-6.
PMID: 24368716 [PubMed - indexed for MEDLINE]

☐ In-office stand-alone balloon dilation of maxillary sinus ostia and ethmoid infundibula in adults with
2. chronic or recurrent acute rhinosinusitis: a prospective, multi-institutional study with 1-year follow-up.
**Levine SB**, Truitt T, Schwartz M, Atkins J.
Ann Otol Rhinol Laryngol. 2013 Nov;122(11):665-71.
PMID: 24358625 [PubMed - indexed for MEDLINE]

☐ Evolution of a remedial CME course in professionalism: addressing learner needs, developing content,
3. and evaluating outcomes.
Parran TV Jr, Pisman AR, Youngner SJ, **Levine SB**.
J Contin Educ Health Prof. 2013 Summer;33(3):174-9. doi: 10.1002/chp.21182.
PMID: 24078365 [PubMed - indexed for MEDLINE]

☐ Delivering adolescent preventive services in an office setting.
4. Kharbanda EO, **Levine SB**, Burstein GR.
Adolesc Med State Art Rev. 2011 Dec;22(3):482-97, xi.
PMID: 22423461 [PubMed - indexed for MEDLINE]

☐ Fashions in genital fashion: where is the line for physicians? Commentary on Veale and Daniels (2011).
5. **Levine SB**.
Arch Sex Behav. 2012 Jun;41(3):735-6. doi: 10.1007/s10508-011-9849-7. No abstract available.
PMID: 21948077 [PubMed - indexed for MEDLINE]

☐ Facilitating parent-child communication about sexuality.
6. **Levine SB**.
Pediatr Rev. 2011 Mar;32(3):129-30. doi: 10.1542/pir.32-3-129. Review. No abstract available.
PMID: 21364018 [PubMed - indexed for MEDLINE]

☐ Efficacy and safety of dapoxetine for the treatment of premature ejaculation: integrated analysis of
7. results from five phase 3 trials.
McMahon CG, Althof SE, Kaufman JM, Buvat J, **Levine SB**, Aquilina JW, Tesfaye F, Rothman M, Rivas
DA, Porst H.
J Sex Med. 2011 Feb;8(2):524-39. doi: 10.1111/j.1743-6109.2010.02097.x. Epub 2010 Nov 8.
PMID: 21059176 [PubMed - indexed for MEDLINE]

☐ Sexual education for psychiatric residents.

8.   **Levine SB**, Scott DL.
     Acad Psychiatry. 2010 Sep-Oct;34(5):349-52. doi: 10.1176/appi.ap.34.5.349.
     PMID: 20833904 [PubMed - indexed for MEDLINE]

☐    Commentary on consideration of diagnostic criteria for erectile dysfunction in DSM-V.
9.   **Levine SB**.
     J Sex Med. 2010 Jul;7(7):2388-90. doi: 10.1111/j.1743-6109.2010.01900.x. No abstract available.
     PMID: 20653838 [PubMed - indexed for MEDLINE]

☐    What is sexual addiction?
10.  **Levine SB**.
     J Sex Marital Ther. 2010;36(3):261-75. doi: 10.1080/00926231003719681.
     PMID: 20432125 [PubMed - indexed for MEDLINE]

☐    Adolescent consent and confidentiality.
11.  **Levine SB**.
     Pediatr Rev. 2009 Nov;30(11):457-9. doi: 10.1542/pir.30-11-457. No abstract available.
     PMID: 19884287 [PubMed - indexed for MEDLINE]

☐    I am not a sex therapist!
12.  **Levine SB**.
     Arch Sex Behav. 2009 Dec;38(6):1033-4. doi: 10.1007/s10508-009-9474-x. No abstract available.
     PMID: 19479367 [PubMed - indexed for MEDLINE]

☐    Nonmedical use of prescription medications: an emerging risk behavior among rural adolescents.
13.  **Levine SB**, Coupey SM.
     J Adolesc Health. 2009 Apr;44(4):407-9. doi: 10.1016/j.jadohealth.2008.08.010. Epub 2008 Nov 7.
     PMID: 19306802 [PubMed - indexed for MEDLINE]

☐    Meanings and political implications of "psychopathology" in a gender identity clinic: a report of 10 cases.
14.  **Levine SB**, Solomon A.
     J Sex Marital Ther. 2009;35(1):40-57. doi: 10.1080/00926230802525646.
     PMID: 19105079 [PubMed - indexed for MEDLINE]

☐    A successful effort to improve adherence to treatment guidelines for bipolar disorder.
15.  Smith TE, **Levine SB**, Hampel J.
     Harv Rev Psychiatry. 2008;16(3):210-3. doi: 10.1080/10673220802160415. No abstract available.
     PMID: 18569042 [PubMed - indexed for MEDLINE]

☐    Commentary on David Rowland's "Will medical solutions to sexual problems make sexological care and
16.  science obsolete?".
     **Levine SB**.
     J Sex Marital Ther. 2007 Oct-Dec;33(5):449-53. Review. No abstract available.
     PMID: 17674226 [PubMed - indexed for MEDLINE]

☐    The first principle of clinical sexuality.
17.  **Levine SB**.
     J Sex Med. 2007 Jul;4(4 Pt 1):853-4. Review. No abstract available.
     PMID: 17627733 [PubMed - indexed for MEDLINE]

Dysfunctional uterine bleeding in adolescents.

18. Strickland J, Gibson EJ, **Levine SB**.

J Pediatr Adolesc Gynecol. 2006 Feb;19(1):49-51. No abstract available.

PMID: 16472730 [PubMed - indexed for MEDLINE]


The PDE-5 inhibitors and psychiatry.

19. **Levine SB**.

J Psychiatr Pract. 2006 Jan;12(1):46-9. No abstract available.

PMID: 16432445 [PubMed - indexed for MEDLINE]


Psychological and interpersonal dimensions of sexual function and dysfunction.

20. Althof SE, Leiblum SR, Chevret-Measson M, Hartmann U, **Levine SB**, McCabe M, Plaut M, Rodrigues O, Wylie K.

J Sex Med. 2005 Nov;2(6):793-800.

PMID: 16422804 [PubMed - indexed for MEDLINE]


What is love anyway?

21. **Levine SB**.

J Sex Marital Ther. 2005 Mar-Apr;31(2):143-51. Review.

PMID: 15859373 [PubMed - indexed for MEDLINE]

# EXHIBIT E

**Hoying, Herman J.**

---

| | |
|---|---|
| **From:** | Preeti Bajwa [Preeti.Bajwa@doj.ca.gov] |
| **Sent:** | Tuesday, February 24, 2015 12:10 PM |
| **To:** | Hoying, Herman J. |
| **Cc:** | Ned Fluet; Jose ZelidonZepeda |
| **Subject:** | RE: Norsworthy -- Discovery Issues |

Herman,

One more clarification:  Dr. Levine confirmed that, *to his knowledge*, no inmate at CDCR has ever received SRS.

Thanks,
Preeti

---

**From:** Hoying, Herman J. [mailto:hhoying@morganlewis.com]
**Sent:** Tuesday, February 24, 2015 11:26 AM
**To:** Preeti Bajwa
**Subject:** RE: Norsworthy -- Discovery Issues

Thanks for the clarification.

hjh

**Herman J. Hoying**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: +1.415.442.1359 | Fax: +1.415.442.1001
hhoying@morganlewis.com | www.morganlewis.com
Assistant: Laura Walker | +1.415.442.1467 | lwalker@morganlewis.com

---

**From:** Preeti Bajwa [mailto:Preeti.Bajwa@doj.ca.gov]
**Sent:** Tuesday, February 24, 2015 11:12 AM
**To:** Hoying, Herman J.
**Cc:** Ned Fluet; Jose ZelidonZepeda; Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues

Herman,

Correct, regarding vaginoplasty. (I saw my typo from yesterday – the response should be "The information is NO vaginoplastys have ever been performed on any inmate incarcerated in CDCR.) My apologies.

Per claims data,  there was only one instance of a related procedure, CPT code 57283, which we understand to be a procedure of re-attaching a prolapsed vaginal vault.

The available data reviewed is from 2009 through present.

Preeti

1

**From:** Hoying, Herman J. [mailto:hhoying@morganlewis.com]
**Sent:** Tuesday, February 24, 2015 9:54 AM
**To:** Preeti Bajwa
**Cc:** Ned Fluet; Jose ZelidonZepeda; Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues


Just so we are clear, the information reviewed to date reflects that no vaginoplasty has ever been performed on any inmate incarcerated in CDCR, correct?

What period of time does the data reviewed cover?

Thanks,
hjh


**Herman J. Hoying**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: +1.415.442.1359 | Fax: +1.415.442.1001
hhoying@morganlewis.com | www.morganlewis.com
Assistant: Laura Walker | +1.415.442.1467 | lwalker@morganlewis.com

**From:** Preeti Bajwa [mailto:Preeti.Bajwa@doj.ca.gov]
**Sent:** Tuesday, February 24, 2015 9:47 AM
**To:** Hoying, Herman J.
**Cc:** Ned Fluet; Jose ZelidonZepeda; Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues

Herman,

The information thus far is vaginoplastys have ever been performed on any inmate incarcerated in CDCR.

Preeti

**From:** Hoying, Herman J. [mailto:hhoying@morganlewis.com]
**Sent:** Monday, February 23, 2015 6:08 PM
**To:** Preeti Bajwa
**Cc:** Ned Fluet; Jose ZelidonZepeda; Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** Re: Norsworthy -- Discovery Issues


Thanks for the update.  Have a good evening.

hjh

**Herman J. Hoying**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: +1.415.442.1359 | Fax: +1.415.442.1001
hhoying@morganlewis.com | www.morganlewis.com
Assistant: Laura Walker | +1.415.442.1467 |lwalker@morganlewis.com

On Feb 23, 2015, at 6:06 PM, "Preeti Bajwa" <Preeti.Bajwa@doj.ca.gov> wrote:

Herman,

As yet I have not received the vaginoplasty data. I'm hopeful to have that info by tomorrow.

Thanks,
Preeti

---

**From:** Hoying, Herman J. [hhoying@morganlewis.com]
**Sent:** Monday, February 23, 2015 4:42 PM
**To:** Preeti Bajwa; Ned Fluet; Jose ZelidonZepeda
**Cc:** Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues

Thanks, Preeti.  Although I disagree that expert discovery (e.g., depositions of the expert witnesses) was not contemplated by the parties' agreed upon schedule and reserve all rights, the current requests have nothing to do with expert discovery.  Rule 26 (a)(2)(B)(ii) requires that Dr. Levine's expert report "contain … the facts or data considered by [him] in forming [his opinions]."  The 2010 comments to the Rule make clear that this is to be "interpreted broadly to require disclosure of any material considered by the expert, from whatever source, that contains factual ingredients."  Thus, to the extent that Dr. Levine considered – not just relied upon – additional documents in forming his opinions, those documents were required to be disclosed as part of the report.  No separate discovery request is required.

It is clear from Dr. Levine's extensive quoting from his interview with Plaintiff that his notes from his interview with Plaintiff must have been one of the documents he considered in forming his opinions.  As a result, the notes must be disclosed pursuant to Rule 26(a)(2)(B)(ii).  *See Wenk v. O'Reilly*, No. 2:12-cv-474, 2014 U.S. Dist. LEXIS 36735 (S.D. Ohio Mar. 20, 2014)(citing *Republic of Ecuador v. Mackay*, 742 F.3d 860 (9th Cir. 2014)).  In the interest of timely resolving this issue and without prejudice to any future rights to seek full disclosure, Plaintiff will not object to Defendants redacting from the notes Dr. Levine's mental impressions, but Dr. Levine's record of Plaintiff's responses or paraphrased responses during the interview must be provided.

Thank you for providing the documents expressly referenced in Dr. Levine's report and for confirming that Defendants are not aware of any inmate in CDCR custody receiving SRS.  We look forward to receiving the vaginoplasty data.

hjh

**Herman J. Hoying**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: +1.415.442.1359 | Fax: +1.415.442.1001
hhoying@morganlewis.com | www.morganlewis.com
Assistant: Laura Walker | +1.415.442.1467 | lwalker@morganlewis.com

---

**From:** Preeti Bajwa [mailto:Preeti.Bajwa@doj.ca.gov]
**Sent:** Monday, February 23, 2015 3:49 PM
**To:** Hoying, Herman J.; Ned Fluet; Jose ZelidonZepeda
**Cc:** Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues

Herman,

Per the agreed upon schedule, the parties have only agreed to exchange expert reports; the parties have not agreed to expert discovery.  As per the Court Order, both parties have exchanged expert reports by the deadline.  Until we agree upon conducting expert discovery, we do not  have to produce anything else except our expert's report, which we did.  If Plaintiff wanted expert discovery, that should have been addressed in the  preliminary injunction hearing schedule.

Additionally, Defendants have already agreed to one continuance, during which time we produced 7 people for deposition, produced extensive written discovery, over 7000 pages worth and responded to written discovery.  On this basis, we would object to any further continuances to the preliminary injunction hearing.

With regard to your email, please see our responses below, in red:

With regard to Dr. Levine's report:

- As required by Rule 26, all of the documents considered – not just relied upon – by Dr. Levine must be identified in his report.  Please confirm that all such documents and data are identified in his report.  There are many statements in his report that do not appear to be supported by any of the identified documents (e.g., the statement that an inmate in CDCR custody previously was provided with SRS).

The report speaks for itself. However, we do believe that Dr. Levine's reference to a "CDCR" inmate is in error because our inquiry in response to your RFAs revealed no SRS has been performed on any inmate in CDCR custody.

- With regard to the documents identified in his report, several of the descriptions are not specific enough to allow for identification of the documents in the production as required by Rule 26.  *See United States v. Ne. Med. Servs., Inc.*, No. C 10-1904 CW, 2014 WL 4364865, at *2 (N.D. Cal. Sept. 2, 2014) (requiring party to supplement expert report by producing or identifying by Bates number production documents vaguely referenced in report).  Please identify the following documents by Bates number or separately produce them:
  - February 2009 Probation report;
  - October 2012 Probation report;
  - July 2014 Probation report;
  - 9 PDF copies of Dr. Reese's notes of psychotherapy contacts; and
  - Three years of endocrine and genderal medical records.

I will forward these reports to you in a further email.

- To the extent Dr. Levine relied upon notes he took during his interview with Plaintiff to draft his report -- in particular, the extensive purported quotations he includes --  those notes must be provided to Plaintiff with his report.  In the interest of timely resolving this issue and without prejudice to any future rights to seek full disclosure, Plaintiff will not object to Defendants redacting from the notes Dr. Levine's mental impressions, but Dr. Levine's record of Plaintiff's responses or paraphrased responses during the interview must be produced.  *See, e.g., Thompson v. C&H Sugar Co.*, 2014 U.S. Dist. LEXIS 42618, 13-15 (N.D. Cal. Mar. 28, 2014); *In re Qwest Communs. Int'l, Inc. Sec. Litig.*, 2005 U.S. Dist. LEXIS 19129, at *16 (D. Colo. Aug. 15, 2005) ("to the extent that during the interviews . . . an attorney made contemporaneous notes which purport to report or record, either in whole or in part by direct quote or paraphrase, statements made by a witness, then those statements constitute 'fact' work-product subject to discovery").

Your cited authority only extends to an attorney's notes recording a conversation with a witness; it does not state that a party must turn over interview notes completed as part of an expert report.  These cases have to do with turning over notes that were part of a corporate investigation, and not part of an IME.

With regard to the data regarding medical procedures, it has been weeks since Defendants originally agreed to provide this information and it would appear that we are no closer to receiving it.  Our understanding from our conversation is that this is data that CDCR tracks in the ordinary course and is obtainable from an electronic database.  Please provide a specific date by which you will provide this information.

We only told you that we would see what kind of data is available to be pulled but our objections to the discovery stand.  However, we don't know what data you actually want so I am not sure what we can provide.  Nevertheless, we have followed up and are hoping to get some information on the number of vaginoplastys conducted by CDCR this afternoon.

Relatedly, Dr. Levine contends in his report that an inmate in CDCR custody was provided with SRS.  This is inconsistent with Defendants' responses to Plaintiff's RFAs and Interrogatories.  For example, RFA No. 1 sought an admission that CDCR had never authorized or provided SRS to anyone in its custody as a treatment for gender dysphoria.  Defendants responded, in part, that answering the RFA was overly burdensome because it "would require Defendants to search through numerous documents, and the burden of gathering such information is outweighed by the likely benefits."  Obviously if Defendants are aware of an inmate that received SRS while in CDCR custody, there is no burden or review of documents required in order to deny the RFA.  Defendants made similar objections to the related interrogatories without providing any information regarding any inmate that had received SRS while incarcerated by CDCR.  To the extent Defendants are aware of information responsive to these discovery requests, they are required to provide it to Plaintiff.  *Howard v. Hedgpeth*, No. 08-cv-0859, 2010 WL 5422580 at *1 (E.D. Cal. Dec. 21, 2010) ("A responding party is not generally required to conduct extensive research in order to answer an interrogatory, but a reasonable effort to respond must be made.")  Please immediately provide supplemental responses to these requests identifying information Defendants have regarding the provision of SRS to inmates in CDCR custody or confirm that Defendants have no responsive information.

Dr. Levine did say this in his report but no one at CDCR knows of a CDCR inmate who has received SRS from CDCR. So our discovery responses stand.

Thanks,
Preeti

---

**From:** Hoying, Herman J. [mailto:hhoying@morganlewis.com]
**Sent:** Monday, February 23, 2015 12:23 PM
**To:** Preeti Bajwa; Ned Fluet; Jose ZelidonZepeda
**Cc:** Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues

Sorry to hear that you are ill.  Obviously we are running up against the deadline for filing the motion for preliminary injunction, and there are a number of issues we need to resolve before then.  If they cannot be resolved today, we likely will need to seek a brief extension to allow for their resolution.

With regard to Dr. Levine's report:

- As required by Rule 26, all of the documents considered – not just relied upon – by Dr. Levine must be identified in his report.  Please confirm that all such documents and data are identified in his report.  There are many statements in his report that do not appear to be supported by any of the identified documents (e.g., the statement that an inmate in CDCR custody previously was provided with SRS).

- With regard to the documents identified in his report, several of the descriptions are not specific enough to allow for identification of the documents in the production as required by Rule 26.  *See United States v. Ne. Med. Servs., Inc.*, No. C 10-1904 CW, 2014 WL 4364865, at *2 (N.D. Cal. Sept. 2, 2014) (requiring party to supplement expert report by producing or identifying by Bates number production documents vaguely referenced in report).  Please identify the following documents by Bates number or separately produce them:
    - February 2009 Probation report;
    - October 2012 Probation report;
    - July 2014 Probation report;
    - 9 PDF copies of Dr. Reese's notes of psychotherapy contacts; and
    - Three years of endocrine and genderal medical records.

- To the extent Dr. Levine relied upon notes he took during his interview with Plaintiff to draft his report -- in particular, the extensive purported quotations he includes --  those notes must be provided to Plaintiff with his report.  In the interest of timely resolving this issue and without prejudice to any future rights to seek full disclosure, Plaintiff will not object to Defendants redacting from the notes Dr. Levine's mental impressions, but Dr. Levine's record of Plaintiff's responses or paraphrased responses during the interview must be produced.  *See, e.g., Thompson v. C&H Sugar Co.*, 2014 U.S. Dist. LEXIS 42618, 13-15 (N.D. Cal. Mar. 28, 2014); *In re Qwest Communs. Int'l, Inc. Sec. Litig.*, 2005 U.S. Dist. LEXIS 19129, at *16 (D. Colo. Aug. 15, 2005) ("to the extent that during the interviews . . . an attorney made contemporaneous notes which purport to report or record, either in whole or in part by direct quote or paraphrase, statements made by a witness, then those statements constitute 'fact' work-product subject to discovery").

With regard to the data regarding medical procedures, it has been weeks since Defendants originally agreed to provide this information and it would appear that we are no closer to receiving it.  Our understanding from our conversation is that this is data that CDCR tracks in the ordinary course and is obtainable from an electronic database.  Please provide a specific date by which you will provide this information.

Relatedly, Dr. Levine contends in his report that an inmate in CDCR custody was provided with SRS.  This is inconsistent with Defendants' responses to Plaintiff's RFAs and Interrogatories.  For example, RFA No. 1 sought an admission that CDCR had never authorized or provided SRS to anyone in its custody as a treatment for gender dysphoria.  Defendants responded, in part, that answering the RFA was overly burdensome because it "would require Defendants to search through numerous documents, and the burden of gathering such information is outweighed by the likely benefits."  Obviously if Defendants are aware of an inmate that received SRS while in CDCR custody, there is no burden or review of documents required in order to deny the RFA.  Defendants made similar objections to the related interrogatories without providing any information regarding any inmate that had received SRS while incarcerated by CDCR.  To the extent Defendants are aware of information responsive to these discovery requests, they are required to provide it to Plaintiff.  *Howard v. Hedgpeth*, No. 08-cv-0859, 2010 WL 5422580 at *1 (E.D. Cal. Dec. 21, 2010) ("A responding party is not generally required to conduct extensive research in order to answer an interrogatory, but a reasonable effort to respond must be made.")  Please immediately provide supplemental responses to these requests identifying information Defendants have regarding the provision of SRS to inmates in CDCR custody or confirm that Defendants have no responsive information.

We look forward to your response.  If Defendants are not willing or able to resolve these issues today, we would like to submit a joint email to the Court tomorrow seeking the Court's assistance in getting them resolved and adjusting the schedule for the preliminary injunction accordingly.

Thanks,
hjh

**Herman J. Hoying**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: +1.415.442.1359 | Fax: +1.415.442.1001
hhoying@morganlewis.com | www.morganlewis.com
Assistant: Laura Walker | +1.415.442.1467 | lwalker@morganlewis.com

**From:** Preeti Bajwa [mailto:Preeti.Bajwa@doj.ca.gov]
**Sent:** Monday, February 23, 2015 11:13 AM
**To:** Hoying, Herman J.; Ned Fluet; Jose ZelidonZepeda
**Cc:** Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues

Herman,

Can we talk tomorrow? I'm home sick today. Available anytime so at your convenience.

Thanks,
Preeti

**From:** Hoying, Herman J. [hhoying@morganlewis.com]
**Sent:** Monday, February 23, 2015 11:06 AM
**To:** Preeti Bajwa; Ned Fluet; Jose ZelidonZepeda
**Cc:** Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues

Please provide a time when you are available to discuss.  Thanks.

hjh

**Herman J. Hoying**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: +1.415.442.1359 | Fax: +1.415.442.1001
hhoying@morganlewis.com | www.morganlewis.com
Assistant: Laura Walker | +1.415.442.1467 | lwalker@morganlewis.com

**From:** Preeti Bajwa [mailto:Preeti.Bajwa@doj.ca.gov]
**Sent:** Friday, February 20, 2015 5:59 PM
**To:** Hoying, Herman J.; Ned Fluet; Jose ZelidonZepeda
**Cc:** Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues

Herman,

I write to follow-up on the discovery issues email you sent yesterday:

**Production of Documents**

- Please provide an update on Defendants' production of documents, including identification of any categories of documents still being reviewed for production and estimated production date;

  Defendants have produced 2 discs worth of ESI discovery.  Currently, we are conducting an extra check on each of the individual work stations of each Defendant to ensure that no relevant, produceable discovery was inadvertently missed.  With that, we expect to complete ESI within 3 – 4 weeks.  This is because we are having to search up to 20 different workstations per Defendant to ensure that we capture all relevant ESI.

- Defendants' most recent production – with cover later dated February 13, 2015 – included documents that were Bates-stamped with numbers that previously had been used for other documents.  Specifically, Bates AG005879-5890 originally were used in the production of documents related to Dr. Reese's experience and training.  Those same Bates numbers were used again with different documents from the electronic mailboxes of Defendants Adams and Newton.  How would you like to address this overlap?  We would recommend that you reproduce the documents related to Dr. Reese with a new Bates range.

  We will provide a fresh set of documents, new Bates range AGO07134-AGO07145, by Wednesday February 265 2015.

- As previously requested, please produce a revised privilege log that reflects the employer and job titles for the individuals identified to allow us to assess the validity of the claimed privilege.

  We will provide a revised privilege log by Wednesday February 26, 2015.

**Written Discovery**

- Please provide an update on the provision of data related to medical procedures performed on individuals within CDCR's custody, in particular with regard to SRS, vaginoplasty, etc.

  We are working to produce documentation regarding vaginoplasty procedures.  Unfortunately, I still don't have a timeframe as to when that will be provided. Let me get back to you next week.

**Expert Report of Dr. Levine**

- The version of the expert report that was produced (i) does not appear to have actually been signed by Dr. Levine and (ii) does not include the referenced Exhibit 1 (a copy of his Curricum Vitae, purportedly identifying all of his publications over the past 10 years), both of which are required by FRCP 26.  Please correct these deficiencies with the report immediately.

  Exhibit 1 was produced yesterday via email.

- FRCP 26(a)(2)(B)(ii) requires that the expert report include "the facts or data considered by the witness in forming" his opinions.  The comments clarify that this includes "any material considered by the expert, from whatever source, that contains factual ingredients."  Please confirm that the publications and cases specifically identified in the text of the report and the documents identified as having been reviewed on page 2 and page 12 of the report constitute an exhaustive list of the facts and data that were considered by Dr. Levine in forming his opinions.  If not, Plaintiff demands that the report be supplemented immediately to identify all of the facts and data considered.

  In terms of the "exhaustive" question, the report speaks for itself.  In addition, Dr. Levine's extensive knowledge and education on the subject at issue was utilized in publishing the report.

- With regard to the documents identified as having been reviewed on page 12 of the report. Please produce copies or provide specific Bates numbers for each of the following documents:
  - February 2009 Probation report;
  - October 2012 Probation report;
  - July 2014 Probation report;
  - 9 PDF copies of Dr. Reese's notes of psychotherapy contacts; and
  - Three years of endocrine and genderal medical records.

On February 17, 2015, this Court ruled that Plaintiff did not have to identify which Bate-Stamped materials she is relying on because the both parties are in possession of those documents. Plaintiff has been provided with all the documents referenced in Dr. Levine's report. Similarly, Plaintiff has equal access to the documents, which are readily identified by name in the report. Federal Rules of Civil Procedure only require the documents to be specified, by name or by bates-stamp. Please access the reports accordingly.

- Dr. Levine's report includes extensive quotations – sometimes within quotation marks and sometimes through use of the first person without the use of quotation marks -- purportedly made by Plaintiff during his interview of her. Please immediately produce the recording or transcript of the interview used by Dr. Levine in drafting his report.

There is no recording or transcript of the interview used by Dr. Levine.

Thank you,
Preeti

---

**From:** Hoying, Herman J. [hhoying@morganlewis.com]
**Sent:** Friday, February 20, 2015 4:46 PM
**To:** Preeti Bajwa; Ned Fluet; Jose ZelidonZepeda
**Cc:** Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues

Hi Preeti. I wanted to confirm that you will be providing a response to these issues today. The deadline for filing the motion for preliminary injunction is next week, so it is critical that we receive this information today.

Thank you,
hjh


**Herman J. Hoying**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: +1.415.442.1359 | Fax: +1.415.442.1001
hhoying@morganlewis.com | www.morganlewis.com
Assistant: Laura Walker | +1.415.442.1467 | lwalker@morganlewis.com

---

**From:** Preeti Bajwa [mailto:Preeti.Bajwa@doj.ca.gov]
**Sent:** Thursday, February 19, 2015 3:42 PM
**To:** Hoying, Herman J.; Ned Fluet; Jose ZelidonZepeda
**Cc:** Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** RE: Norsworthy -- Discovery Issues

Herman,

I'm reviewing your email regarding the discovery and will get back to you tomorrow.

Preeti

---

**From:** Hoying, Herman J. [mailto:hhoying@morganlewis.com]
**Sent:** Thursday, February 19, 2015 3:28 PM
**To:** Ned Fluet; Preeti Bajwa; Jose ZelidonZepeda
**Cc:** Long, Ian T.; Lin, Megan Dy; Erkel, Steven A.; Harrington, C.Robert
**Subject:** Norsworthy -- Discovery Issues


I write to follow-up on a number of discovery issues:

**Production of Documents**
- Please provide an update on Defendants' production of documents, including identification of any categories of documents still being reviewed for production and estimated production date;
- Defendants' most recent production – with cover later dated February 13, 2015 – included documents that were Bates-stamped with numbers that previously had been used for other documents. Specifically, Bates AG005879-5890 originally were used in the production of documents related to Dr. Reese's experience and training. Those same Bates numbers were used again with different documents from the electronic mailboxes of Defendants Adams and Newton. How would you like to address this overlap? We would recommend that you reproduce the documents related to Dr. Reese with a new Bates range.
- As previously requested, please produce a revised privilege log that reflects the employer and job titles for the individuals identified to allow us to assess the validity of the claimed privilege.

**Written Discovery**
- Please provide an update on the provision of data related to medical procedures performed on individuals within CDCR's custody, in particular with regard to SRS, vaginoplasty, etc.

**Expert Report of Dr. Levine**
- The version of the expert report that was produced (i) does not appear to have actually been signed by Dr. Levine and (ii) does not include the referenced Exhibit 1 (a copy of his Curricum Vitae, purportedly identifying all of his publications over the past 10 years), both of which are required by FRCP 26. Please correct these deficiencies with the report immediately.
- FRCP 26(a)(2)(B)(ii) requires that the expert report include "the facts or data considered by the witness in forming" his opinions. The comments clarify that this includes "any material considered by the expert, from whatever source, that contains factual ingredients." Please confirm that the publications and cases specifically identified in the text of the report and the documents identified as having been reviewed on page 2 and page 12 of the report constitute an exhaustive list of the facts and data that were considerd by Dr. Levine in forming his opinions. If not, Plaintiff demands that the report be supplemented immediately to identify all of the facts and data considered.
- With regard to the documents identified as having been reviewed on page 12 of the report. Please produce copies or provide specific Bates numbers for each of the following documents:
  - February 2009 Probation report;
  - October 2012 Probation report;
  - July 2014 Probation report;
  - 9 PDF copies of Dr. Reese's notes of psychotherapy contacts; and
  - Three years of endocrine and genderal medical records.

- Dr. Levine's report includes extensive quotations – sometimes within quotation marks and sometimes through use of the first person without the use of quotation marks -- purportedly made by Plaintiff during his interview of her.  Please immediately produce the recording or transcript of the interview used by Dr. Levine in drafting his report.

Your prompt response is appreciated given the fastly approaching deadline for Plaintiff to file her motion for preliminary injunction.  Plaintiff reseves all rights with regard to the deficiencies identified above, including the right to seek an extension of time and/or to seek the exclusion of evidence or expert testimony.

Thanks,
hjh


**Herman J. Hoying**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105-1126
Direct: +1.415.442.1359 | Fax: +1.415.442.1001
hhoying@morganlewis.com | www.morganlewis.com
Assistant: Laura Walker | +1.415.442.1467 | lwalker@morganlewis.com


DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential

and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT F

OPEN ACCESS Freely available online

PLoS one

# Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden

Cecilia Dhejne[1], Paul Lichtenstein[2], Marcus Boman[2], Anna L. V. Johansson[2], Niklas Långström[2,3], Mikael Landén[1,2,4]*

1 Department of Clinical Neuroscience, Division of Psychiatry, Karolinska Institutet, Stockholm, Sweden, 2 Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, Stockholm, Sweden, 3 Centre for Violence Prevention, Karolinska Institutet, Stockholm, Sweden, 4 Institute of Neuroscience and Physiology, The Sahlgrenska Academy at Gothenburg University, Gothenburg, Sweden

## Abstract

*Context:* The treatment for transsexualism is sex reassignment, including hormonal treatment and surgery aimed at making the person's body as congruent with the opposite sex as possible. There is a dearth of long term, follow-up studies after sex reassignment.

*Objective:* To estimate mortality, morbidity, and criminal rate after surgical sex reassignment of transsexual persons.

*Design:* A population-based matched cohort study.

*Setting:* Sweden, 1973-2003.

*Participants:* All 324 sex-reassigned persons (191 male-to-females, 133 female-to-males) in Sweden, 1973–2003. Random population controls (10:1) were matched by birth year and birth sex or reassigned (final) sex, respectively.

*Main Outcome Measures:* Hazard ratios (HR) with 95% confidence intervals (CI) for mortality and psychiatric morbidity were obtained with Cox regression models, which were adjusted for immigrant status and psychiatric morbidity prior to sex reassignment (adjusted HR [aHR]).

*Results:* The overall mortality for sex-reassigned persons was higher during follow-up (aHR 2.8; 95% CI 1.8–4.3) than for controls of the same birth sex, particularly death from suicide (aHR 19.1; 95% CI 5.8–62.9). Sex-reassigned persons also had an increased risk for suicide attempts (aHR 4.9; 95% CI 2.9–8.5) and psychiatric inpatient care (aHR 2.8; 95% CI 2.0–3.9). Comparisons with controls matched on reassigned sex yielded similar results. Female-to-males, but not male-to-females, had a higher risk for criminal convictions than their respective birth sex controls.

*Conclusions:* Persons with transsexualism, after sex reassignment, have considerably higher risks for mortality, suicidal behaviour, and psychiatric morbidity than the general population. Our findings suggest that sex reassignment, although alleviating gender dysphoria, may not suffice as treatment for transsexualism, and should inspire improved psychiatric and somatic care after sex reassignment for this patient group.

Citation: Dhejne C, Lichtenstein P, Boman M, Johansson ALV, Långström N, et al. (2011) Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden. PLoS ONE 6(2): e16885. doi:10.1371/journal.pone.0016885

Editor: James Scott, The University of Queensland, Australia

Received September 30, 2010; Accepted January 9, 2011; Published February 22, 2011

Copyright: © 2011 Dhejne et al. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

Funding: Financial support was provided through the regional agreement on medical training and clinical research (ALF) between Stockholm County Council and the Karolinska Institutet, and through grants from the Swedish Medical Research Council (K2008-62x-14647-06-3) and the Royal Swedish Academy of Sciences (Torsten Amundson's Foundation). The sponsors of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report. All authors had full access to the data in the study and the final responsibility for the decision to submit for publication was made by the corresponding author.

Competing Interests: The authors have declared that no competing interests exist.

* E-mail: mikael.landen@neuro.gu.se

## Introduction

Transsexualism (ICD-10),[1] or gender identity disorder (DSM-IV),[2] is a condition in which a person's gender identity - the sense of being a man or a woman - contradicts his or her bodily sex characteristics. The individual experiences gender dysphoria and desires to live and be accepted as a member of the opposite sex.

The treatment for transsexualism includes removal of body hair, vocal training, and cross-sex hormonal treatment aimed at making the person's body as congruent with the opposite sex as possible to alleviate the gender dysphoria. Sex reassignment also involves the surgical removal of body parts to make external sexual characteristics resemble those of the opposite sex, so called sex reassignment/confirmation surgery (SRS). This is a unique

intervention not only in psychiatry but in all of medicine. The present form of sex reassignment has been practised for more than half a century and is the internationally recognized treatment to ease gender dysphoria in transsexual persons.[3,4]

Despite the long history of this treatment, however, outcome data regarding mortality and psychiatric morbidity are scant. With respect to suicide and deaths from other causes after sex reassignment, an early Swedish study followed 24 transsexual persons for an average of six years and reported one suicide.[5] A subsequent Swedish study recorded three suicides after sex reassignment surgery of 175 patients.[6] A recent follow-up study reported no suicides in 60 transsexual patients, but one death due to complications after the sex reassignment surgery.[7] A Danish study reported death by suicide in 3 out of 29 operated male-to-female transsexual persons followed for an average of six years.[8] By contrast, a Belgian study of 107 transsexual persons followed for 4–6 years found no suicides or deaths from other causes.[9] A large Dutch single-centre study (N = 1,109), focusing on adverse events following hormonal treatment, compared the outcome after cross-sex hormone treatment with national Dutch standardized mortality and morbidity rates and found no increased mortality, with the exception of death from suicide and AIDS in male-to-females 25–39 years of age.[10] The same research group concluded in a recent report that treatment with cross-sex hormones seems acceptably safe, but with the reservation that solid clinical data are missing.[11] A limitation with respect to the Dutch cohort is that the proportion of patients treated with cross-sex hormones who also had surgical sex-reassignment is not accounted for.[10]

Data is inconsistent with respect to psychiatric morbidity post sex reassignment. Although many studies have reported psychiatric and psychological improvement after hormonal and/or surgical treatment,[7,12,13,14,15,16] other have reported on regrets,[17] psychiatric morbidity, and suicide attempts after SRS.[9,18] A recent systematic review and meta-analysis concluded that approximately 80% reported subjective improvement in terms of gender dysphoria, quality of life, and psychological symptoms, but also that there are studies reporting high psychiatric morbidity and suicide rates after sex reassignment.[19] The authors concluded though that the evidence base for sex reassignment "is of very low quality due to the serious methodological limitations of included studies."

The methodological shortcomings have many reasons. First, the nature of sex reassignment precludes double blind randomized controlled studies of the result. Second, transsexualism is rare [20] and many follow-ups are hampered by small numbers of subjects.[5,8,21,22,23,24,25,26,27,28] Third, many sex reassigned persons decline to participate in follow-up studies, or relocate after surgery, resulting in high drop-out rates and consequent selection bias.[6,9,12,21,24,28,29,30] Forth, several follow-up studies are hampered by limited follow-up periods.[7,9,21,22,26,30] Taken together, these limitations preclude solid and generalisable conclusions. A long-term population-based controlled study is one way to address these methodological shortcomings.

Here, we assessed mortality, psychiatric morbidity, and psychosocial integration expressed in criminal behaviour after sex reassignment in transsexual persons, in a total population cohort study with long-term follow-up information obtained from Swedish registers. The cohort was compared with randomly selected population controls matched for age and gender. We adjusted for premorbid differences regarding psychiatric morbidity and immigrant status. This study design sheds new light on transsexual persons' health after sex reassignment. It does not, however, address whether sex reassignment is an effective treatment or not.

## Methods

### National registers

The study population was identified by the linkage of several Swedish national registers, which contained a total of 13.8 million unique individuals. The Hospital Discharge Register (HDR, held by the National Board of Health and Welfare) contains discharge diagnoses, up to seven contributory diagnoses, external causes of morbidity or mortality, surgical procedure codes, and discharge date. Discharge diagnoses are coded according to the 8th (1969-1986), 9th (1987–1996), and 10th editions (1997-) of the International Classification of Diseases (ICD). The register covers virtually all psychiatric inpatient episodes in Sweden since 1973. Discharges that occurred up to 31 December 2003 were included. Surgical procedure codes could not be used for this study due to the lack of a specific code for sex reassignment surgery. The Total Population Register (TPR, held by Statistics Sweden) is comprised of data about the entire Swedish population. Through linkage with the Total Population Register it was possible to identify birth date and birth gender for all study subjects. The register is updated every year and gender information was available up to 2004/2005. The Medical Birth Register (MBR) was established in 1973 and contains birth data, including gender of the child at birth. National censuses based on mandatory self-report questionnaires completed by all adult citizens in 1960, 1970, 1980, and 1990 provided information on individuals, households, and dwellings, including gender, living area, and highest educational level. Complete migration data, including country of birth for immigrants from 1969–2003, were obtained from the TPR. In addition to educational information from the censuses, we also obtained highest educational level data for 1990 and 2000 from the Register of Education. The Cause of Death Register (CDR, Statistics Sweden) records all deaths in Sweden since 1952 and provided information on date of death and causes of death. Death events occurring up to 31 December 2003 are included in the study. The Crime Register (held by the National Council of Crime Prevention) provided information regarding crime type and date on all criminal convictions in Sweden during the period 1973–2004. Attempted and aggravated forms of all offences were also included. All crimes in Sweden are registered regardless of insanity at the time of perpetration; for example, for individuals who suffered from psychosis at the time of the offence. Moreover, conviction data include individuals who received custodial or non-custodial sentences and cases where the prosecutor decided to caution or fine without court proceedings. Finally, Sweden does not differ considerably from other members of the European Union regarding rates of violent crime and their resolution.[31]

### Study population, identification of sex-reassigned persons (exposure assessment)

The study was designed as a population-based matched cohort study. We used the individual national registration number, assigned to all Swedish residents, including immigrants on arrival, as the primary key through all linkages. The registration number consists of 10 digits; the first six provide information of the birth date, whereas the ninth digit indicates the gender. In Sweden, a person presenting with gender dysphoria is referred to one of six specialised gender teams that evaluate and treat patients principally according to international consensus guidelines: Standards of Care.[3] With a medical certificate, the person applies to the National Board of Health and Welfare to receive permission for sex reassignment surgery and a change of legal sex status. A new national registration number signifying the new gender is assigned after sex reassignment surgery. The National

Board of Health and Welfare maintains a link between old and new national registration numbers, making it possible to follow individuals undergoing sex reassignment across registers and over time. Hence, sex reassignment surgery in Sweden requires (i) a transsexualism diagnosis and (ii) permission from the National Board of Health and Welfare.

A person was defined as exposed to sex reassignment surgery if two criteria were met: (i) at least one inpatient diagnosis of gender identity disorder diagnosis without concomitant psychiatric diagnoses in the Hospital Discharge Register, and (ii) at least one discrepancy between gender variables in the Medical Birth Register (from 1973 and onwards) or the National Censuses from 1960, 1970, 1980, or 1990 and the latest gender designation in the Total Population Register. The first criterion was employed to capture the hospitalization for sex reassignment surgery that serves to secure the diagnosis and provide a time point for sex reassignment surgery; the plastic surgeons namely record the reason for sex reassignment surgery, i.e., transsexualism, but not any co-occurring psychiatric morbidity. The second criterion was used to ensure that the person went through all steps in sex-reassignment and also changed sex legally.

The date of sex reassignment (start of follow-up) was defined as the first occurrence of a gender identity disorder diagnosis, without any other concomitant psychiatric disorder, in the Hospital Discharge Register after the patient changed sex status (any discordance in sex designation across the Censuses, Medical Birth, and Total Population registers). If this information was missing, we used instead the closest date in the Hospital Discharge Register on which the patient was diagnosed with gender identity disorder without concomitant psychiatric disorder prior to change in sex status. The reason for prioritizing the use of a gender identity disorder diagnosis *after* changed sex status over *before* was to avoid overestimating person-years at risk of sex-reassigned person.

Using these criteria, a total of 804 patients with gender identity disorder were identified, whereof 324 displayed a shift in the gender variable during the period 1973–2003. The 480 persons that did not shift gender variable comprise persons who either did not apply, or were not approved, for sex reassignment surgery. Moreover, the ICD 9 code 302 is a non specific code for sexual disorders. Hence, this group might also comprise persons that were hospitalized for sexual disorders other than transsexualism. Therefore, they were omitted from further analyses. Of the remaining 324 persons, 288 were identified with the gender identity diagnosis *after* and 36 *before* change of sex status. Out of the 288 persons identified *after* changed sex status, 185 could also be identified *before* change in sex status. The median time lag between the hospitalization *before* and *after* sex change for these 185 persons was 0.96 years (mean 2.2 years, SD 3.3).

Gender identity disorder was coded according to ICD-8: 302.3 (transsexualism) and 302.9 (sexual deviation NOS); ICD-9: 302 (overall code for sexual deviations and disorders, more specific codes were not available in ICD-9); and ICD-10: F64.0 (transsexualism), F64.1 (dual-role transvestism), F64.8 (other gender identity disorder), and F64.9 (gender identity disorder NOS). Other psychiatric disorders were coded as ICD-8: 290-301 and 303-315; ICD-9: 290-301 and 303-319; and ICD-10: F00-F63 as well as F65-F99.

## Identification of population-based controls (unexposed group)

For each exposed person (N = 324), we randomly selected 10 unexposed controls. A person was defined as unexposed if there were no discrepancies in sex designation across the Censuses, Medical Birth, and Total Population registers *and* no gender

identity disorder diagnosis according to the Hospital Discharge Register. Control persons were matched by sex and birth year and had to be alive and residing in Sweden at the estimated sex reassignment date of the case person. To study possible gender-specific effects on outcomes of interest, we used two different control groups: one with the same sex as the case individual at birth (birth sex matching) and the other with the sex that the case individual had been reassigned to (final sex matching).

## Outcome measures

We studied mortality, psychiatric morbidity, accidents, and crime following sex reassignment. More specifically, we investigated: (1) all-cause mortality, (2) death by definite/uncertain suicide, (3) death by cardiovascular disease, and (4) death by tumour. Morbidity included (5) any psychiatric disorder (gender identity disorders excluded), (6) alcohol/drug misuse and dependence, (7) definite/uncertain suicide attempt, and (8) accidents. Finally, we addressed court convictions for (9) any criminal offence and (10) any violent offence. Each individual could contribute with several outcomes, but only one event per outcome. Causes of death (Cause of Death Registry from 1952 and onwards) were defined according to ICD as suicide (ICD-8 and ICD-9 codes E950-E959 and E980-E989, ICD-10 codes X60-X84 and Y10-Y34); cardiovascular disease (ICD-8 codes 390-458, ICD-9 codes 390-459, ICD-10 codes I00-I99); neoplasms (ICD-8 and ICD-9 codes 140-239, ICD-10 codes C00-D48), any psychiatric disorder (gender identity disorders excluded); (ICD-8 codes 290-301 and 303-315, ICD-9 codes 290-301 and 303-319, ICD-10 codes F00-F63 and F65-F99); alcohol/drug abuse and dependence (ICD-8 codes 303-304, ICD-9 codes 303-305 (tobacco use disorder excluded), ICD-10 codes F10-F16 and F18-F19 (x5 excluded); and accidents (ICD-8 and ICD-9 codes E800-E929, ICD-10 codes V01-X59).

Any criminal conviction during follow-up was counted; specifically, violent crime was defined as homicide and attempted homicide, aggravated assault and assault, robbery, threatening behaviour, harassment, arson, or any sexual offense.[32]

## Covariates

Severe psychiatric morbidity was defined as inpatient care according to ICD-8 codes 291, 295-301, 303-304, and 307; ICD-9 codes 291-292, 295-298, 300-301, 303-305 (tobacco use disorder excluded), 307.1, 307.5, 308-309, and 311; ICD-10 codes F10-F16, F18-F25, F28-F45, F48, F50, and F60-F62. Immigrant status, defined as individuals born abroad, was obtained from the Total Population Register. All outcome/covariate variables were dichotomized (i.e., affected or unaffected) and without missing values.

## Statistical analyses

Each individual contributed person-time from study entry (for exposed: date of sex reassignment; for unexposed: date of sex reassignment of matched case) until date of outcome event, death, emigration, or end of study period (31 December 2003), whichever came first. The association between exposure (sex reassignment) and outcome (mortality, morbidity, crime) was measured by hazard ratios (HR) with 95% CIs, taking follow-up time into account. HRs were estimated from Cox proportional hazard regression models, stratified on matched sets (1:10) to account for the matching by sex, age, and calendar time (birth year). We present crude HRs (though adjusted for sex and age through matching) and confounder-adjusted HRs [aHRs] for all outcomes. The two potential confounders, immigrant status (yes/no) and history of severe psychiatric morbidity (yes/no) prior to sex

reassignment, were chosen based on previous research[18,33] and different prevalence across cases and controls (Table 1).

Gender-separated analyses were performed and a Kaplan-Meier survival plot graphically illustrates the survival of the sex reassigned cohort and matched controls (all-cause mortality) over time. The significance level was set at 0.05 (all tests were two-sided). All outcome/covariate variables were without missing values, since they are generated from register data, which are either present (affected) or missing (unaffected). The data were analysed using SAS version 9.1 (SAS Institute Inc., Cary, NC, USA).

### Ethics

The data linking of national registers required for this study was approved by the IRB at Karolinska Institutet, Stockholm. All data were analyzed anonymously; therefore, informed consent for each individual was neither necessary nor possible.

### Results

We identified 324 transsexual persons (exposed cohort) who underwent sex reassignment surgery and were assigned a new legal sex between 1973 and 2003. These constituted the sex-reassigned (exposed) group. Fifty-nine percent (N = 191) of sex-reassigned persons were male-to-females and 41% (N = 133) female-to-males, yielding a sex ratio of 1.4:1 (Table 1).

The average follow-up time for all-cause mortality was 11.4 (median 9.1) years. The average follow-up time for the risk of being hospitalized for any psychiatric disorder was 10.4 (median 8.1).

### Characteristics prior to sex reassignment

Table 1 displays demographic characteristics of sex-reassigned and control persons prior to study entry (sex reassignment). There were no substantial differences between female-to-males and male-to-females regarding measured baseline characteristics. Immigrant status was twice as common among transsexual individuals compared to controls, living in an urban area somewhat more common, and higher education about equally prevalent. Transsexual individuals had been hospitalized for psychiatric morbidity other than gender identity disorder prior to sex reassignment about four times more often than controls. To adjust for these baseline discrepancies, hazard ratios adjusted for immigrant status and psychiatric morbidity prior to baseline are presented for all outcomes [aHRs].

### Mortality

Table 2 describes the risks for selected outcomes during follow-up among sex-reassigned persons, compared to same-age controls of the same birth sex. Sex-reassigned transsexual persons of both genders had approximately a three times higher risk of all-cause mortality than controls, also after adjustment for covariates. Table 2

**Table 1.** Baseline characteristics among sex-reassigned subjects in Sweden (N = 324) and population controls matched for birth year and sex.

| Characteristic at baseline | Sex-reassigned subjects (N = 324) | Birth-sex matched controls (N = 3,240) | Final-sex matched controls (N = 3,240) |
|---|---|---|---|
| Gender | | | |
| Female at birth, male after sex change | 133 (41%) | 1,330 (41%) | 1,330 (41%) |
| Male at birth, female after sex change | 191 (59%) | 1,910 (59%) | 1,910 (59%) |
| Average age at study entry [years] (SD, min-max) | | | |
| Female at birth, male after sex change | 33.3 (8.7, 20–62) | 33.3 (8.7, 20–62) | 33.3 (8.7, 20–62) |
| Male at birth, female after sex change | 36.3 (10.1, 21–69) | 36.3 (10.1, 21–69) | 36.3 (10.1, 21–69) |
| Both genders | 35.1 (9.7, 20–69) | 35.1 (9.7, 20–69) | 35.1 (9.7, 20–69) |
| Immigrant status | | | |
| Female at birth, male after sex change | 28 (21%) | 118 (9%) | 100 (8%) |
| Male at birth, female after sex change | 42 (22%) | 176 (9%) | 164 (9%) |
| Both genders | 70 (22%) | 294 (9%) | 264 (8%) |
| Less than 10 years of schooling prior to entry vs. 10 years or more | | | |
| Females at birth, males after sex change | 49 (44%); 62 (56%) | 414 (37%); 714 (63%) | 407 (36%); 713 (64%) |
| Males at birth, females after sex change | 61 (41%); 89 (59%) | 665 (40%); 1,011 (60%) | 595 (35%); 1,091 (65%) |
| All individuals with data | 110 (42%); 151 (58%) | 1,079 (38%); 1,725 (62%) | 1,002 (36%); 1,804 (64%) |
| Psychiatric morbidity* prior to study entry | | | |
| Female at birth, male after sex change | 22 (17%) | 47 (4%) | 42 (3%) |
| Male at birth, female after sex change | 36 (19%) | 76 (4%) | 72 (4%) |
| Both genders | 58 (18%) | 123 (4%) | 114 (4%) |
| Rural [vs. urban] living area prior to entry | | | |
| Female at birth, male after sex change | 13 (10%) | 180 (14%) | 195 (15%) |
| Male at birth, female after sex change | 20 (10%) | 319 (17%) | 272 (14%) |
| Both genders | 33 (10%) | 499 (15%) | 467 (14%) |

Note:
*Hospitalizations for gender identity disorder were not included.
doi:10.1371/journal.pone.0016885.t001



**Table 2.** Risk of various outcomes among sex-reassigned subjects in Sweden (N = 324) compared to population controls matched for birth year and birth sex.

| | Number of events cases/ controls 1973–2003 | Outcome incidence rate per 1000 person-years 1973–2003 (95% CI) | | Crude hazard ratio (95% CI) 1973–2003 | Adjusted* hazard ratio (95% CI) 1973–2003 | Adjusted* hazard ratio (95% CI) 1973–1988 | Adjusted* hazard ratio (95% CI) 1989–2003 |
|---|---|---|---|---|---|---|---|
| | | Cases | Controls | | | | |
| Any death | 27/99 | 7.3 (5.0–10.6) | 2.5 (2.0–3.0) | 2.9 (1.9–4.5) | 2.8 (1.8–4.3) | 3.1 (1.9–5.0) | 1.9 (0.7–5.0) |
| Death by suicide | 10/5 | 2.7 (1.5–5.0) | 0.1 (0.1–0.3) | 19.1 (6.5–55.9) | 19.1 (5.8–62.9) | N/A | N/A |
| Death by cardiovascular disease | 9/42 | 2.4 (1.3–4.7) | 1.1 (0.8–1.4) | 2.6 (1.2–5.4) | 2.5 (1.2–5.3) | N/A | N/A |
| Death by neoplasm | 8/38 | 2.2 (1.1–4.3) | 1.0 (0.7–1.3) | 2.1 (1.0–4.6) | 2.1 (1.0–4.6) | N/A | N/A |
| Any psychiatric hospitalisation‡ | 64/173 | 19.0 (14.8–24.2) | 4.2 (3.6–4.9) | 4.2 (3.1–5.6) | 2.8 (2.0–3.9) | 3.0 (1.9–4.6) | 2.5 (1.4–4.2) |
| Substance misuse | 22/78 | 5.9 (3.9–8.9) | 1.8 (1.5–2.3) | 3.0 (1.9–4.9) | 1.7 (1.0–3.1) | N/A | N/A |
| Suicide attempt | 29/44 | 7.9 (5.5–11.4) | 1.0 (0.8–1.4) | 7.6 (4.7–12.4) | 4.9 (2.9–8.5) | 7.9 (4.1–15.3) | 2.0 (0.7–5.3) |
| Any accident | 32/233 | 9.0 (6.3–12.7) | 5.7 (5.0–6.5) | 1.6 (1.1–2.3) | 1.4 (1.0–2.1) | 1.6 (1.0–2.5) | 1.1 (0.5–2.2) |
| Any crime | 60/350 | 18.5 (14.3–23.8) | 9.0 (8.1–10.0) | 1.9 (1.4–2.5) | 1.3 (1.0–1.8) | 1.6 (1.1–2.4) | 0.9 (0.6–1.5) |
| Violent crime | 14/61 | 3.6 (2.1–6.1) | 1.4 (1.1–1.8) | 2.7 (1.5–4.9) | 1.5 (0.8–3.0) | N/A | N/A |

**Notes:**
*Adjusted for psychiatric morbidity prior to baseline and immigrant status.
‡Hospitalisations for gender identity disorder were excluded.
N/A Not applicable due to sparse data.
doi:10.1371/journal.pone.0016885.t002

separately lists the outcomes depending on when sex reassignment was performed: during the period 1973-1988 or 1989–2003. Even though the overall mortality was increased across both time periods, it did not reach statistical significance for the period 1989–2003. The Kaplan-Meier curve (Figure 1) suggests that survival of transsexual persons started to diverge from that of matched controls after about 10 years of follow-up. The cause-specific mortality from

suicide was much higher in sex-reassigned persons, compared to matched controls. Mortality due to cardiovascular disease was moderately increased among the sex-reassigned, whereas the numerically increased risk for malignancies was borderline statistically significant. The malignancies were lung cancer (N = 3), tongue cancer (N = 1), pharyngeal cancer (N = 1), pancreas cancer (N = 1), liver cancer (N = 1), and unknown origin (N = 1).



**Figure 1. Death from any cause as a function of time after sex reassignment among 324 transsexual persons in Sweden (male-to-female: N = 191, female-to-male: N = 133), and population controls matched on birth year.**
doi:10.1371/journal.pone.0016885.g001

## Psychiatric morbidity, substance misuse, and accidents

Sex-reassigned persons had a higher risk of inpatient care for a psychiatric disorder other than gender identity disorder than controls matched on birth year and birth sex (Table 2). This held after adjustment for prior psychiatric morbidity, and was true regardless of whether sex reassignment occurred before or after 1989. In line with the increased mortality from suicide, sex-reassigned individuals were also at a higher risk for suicide attempts, though this was not statistically significant for the time period 1989–2003. The risks of being hospitalised for substance misuse or accidents were not significantly increased after adjusting for covariates (Table 2).

## Crime rate

Transsexual individuals were at increased risk of being convicted for any crime or violent crime after sex reassignment (Table 2); this was, however, only significant in the group who underwent sex reassignment before 1989.

## Gender differences

Comparisons of female-to-males and male-to-females, although hampered by low statistical power and associated wide confidence intervals, suggested mostly similar risks for adverse outcomes (Tables S1 and S2). However, violence against self (suicidal behaviour) and others ([violent] crime) constituted important exceptions. First, male-to-females had significantly increased risks for suicide attempts compared to both female (aHR 9.3; 95% CI 4.4–19.9) and male (aHR 10.4; 95% CI 4.9–22.1) controls. By contrast, female-to-males had significantly increased risk of suicide attempts only compared to male controls (aHR 6.8; 95% CI 2.1–21.6) but not compared to female controls (aHR 1.9; 95% CI 0.7–4.8). This suggests that male-to-females are at higher risk for suicide attempts after sex reassignment, whereas female-to-males maintain a female pattern of suicide attempts after sex reassignment (Tables S1 and S2).

Second, regarding any crime, male-to-females had a significantly increased risk for crime compared to female controls (aHR 6.6; 95% CI 4.1–10.8) but not compared to males (aHR 0.8; 95% CI 0.5–1.2). This indicates that they retained a male pattern regarding criminality. The same was true regarding violent crime. By contrast, female-to-males had higher crime rates than female controls (aHR 4.1; 95% CI 2.5–6.9) but did not differ from male controls. This indicates a shift to a male pattern regarding criminality and that sex reassignment is coupled to increased crime rate in female-to-males. The same was true regarding violent crime.

## Discussion

### Principal findings and comparison with previous research

We report on the first nationwide population-based, long-term follow-up of sex-reassigned transsexual persons. We compared our cohort with randomly selected population controls matched for age and gender. The most striking result was the high mortality rate in both male-to-females and female-to-males, compared to the general population. This contrasts with previous reports (with one exception[8]) that did not find an increased mortality rate after sex reassignment, or only noted an increased risk in certain subgroups.[7,9,10,11] Previous clinical studies might have been biased since people who regard their sex reassignment as a failure are more likely to be lost to follow-up. Likewise, it is cumbersome to track deceased persons in clinical follow-up studies. Hence, population-based register studies like the present are needed to improve representativity.[19,34]

The poorer outcome in the present study might also be explained by longer follow-up period (median >10 years) compared to previous studies. In support of this notion, the survival curve (Figure 1) suggests increased mortality from ten years after sex reassignment and onwards. In accordance, the overall mortality rate was only significantly increased for the group operated before 1989. However, the latter might also be explained by improved health care for transsexual persons during 1990s, along with altered societal attitudes towards persons with different gender expressions.[35]

Mortality due to cardiovascular disease was significantly increased among sex reassigned individuals, albeit these results should be interpreted with caution due to the low number of events. This contrasts, however, a Dutch follow-up study that reported no increased risk for cardiovascular events.[10,11] A recent meta-analysis concluded, however, that data on cardiovascular outcome after cross-sex steroid use are sparse, inconclusive, and of very low quality.[34]

With respect to neoplasms, prolonged hormonal treatment might increase the risk for malignancies,[36] but no previous study has tested this possibility. Our data suggested that the cause-specific risk of death from neoplasms was increased about twice (borderline statistical significance). These malignancies (see Results), however, are unlikely to be related to cross-hormonal treatment.

There might be other explanations to increased cardiovascular death and malignancies. Smoking was in one study reported in almost 50% by the male-to females and almost 20% by female-to-males.[9] It is also possible that transsexual persons avoid the health care system due to a presumed risk of being discriminated.

Mortality from suicide was strikingly high among sex-reassigned persons, also after adjustment for prior psychiatric morbidity. In line with this, sex-reassigned persons were at increased risk for suicide attempts. Previous reports [6,8,10,11] suggest that transsexualism is a strong risk factor for suicide, also after sex reassignment, and our long-term findings support the need for continued psychiatric follow-up for persons at risk to prevent this.

Inpatient care for psychiatric disorders was significantly more common among sex-reassigned persons than among matched controls, both before and after sex reassignment. It is generally accepted that transsexuals have more psychiatric ill-health than the general population prior to the sex reassignment.[18,21,22,33] It should therefore come as no surprise that studies have found high rates of depression,[9] and low quality of life[16,25] also after sex reassignment. Notably, however, in this study the increased risk for psychiatric hospitalisation persisted even after adjusting for psychiatric hospitalisation prior to sex reassignment. This suggests that even though sex reassignment alleviates gender dysphoria, there is a need to identify and treat co-occurring psychiatric morbidity in transsexual persons not only before but also after sex reassignment.

Criminal activity, particularly violent crime, is much more common among men than women in the general population. A previous study of all applications for sex reassignment in Sweden up to 1992 found that 9.7% of male-to-female and 6.1% of female-to-male applicants had been prosecuted for a crime.[33] Crime after sex reassignment, however, has not previously been studied. In this study, male-to-female individuals had a higher risk for criminal convictions compared to female controls but not compared to male controls. This suggests that the sex reassignment procedure neither increased nor decreased the risk for criminal offending in male-to-females. By contrast, female-to-males were at a higher risk for criminal convictions compared to female controls and did not differ from male controls, which suggests increased crime proneness in female-to-males after sex reassignment.

## Strengths and limitations of the study

Strengths of this study include nationwide representativity over more than 30 years, extensive follow-up time, and minimal loss to follow-up. Many previous studies suffer from low outcome ascertainment,[6,9,21,29] whereas this study has captured almost the entire population of sex-reassigned transsexual individuals in Sweden from 1973–2003. Moreover, previous outcome studies have mixed pre-operative and post-operative transsexual persons,[22,37] while we included only post-operative transsexual persons that also legally changed sex. Finally, whereas previous studies either lack a control group or use standardised mortality rates or standardised incidence rates as comparisons,[9,10,11] we selected random population controls matched by birth year, and either birth or final sex.

Given the nature of sex reassignment, a double blind randomized controlled study of the result after sex reassignment is not feasible. We therefore have to rely on other study designs. For the purpose of evaluating whether sex reassignment is an effective treatment for gender dysphoria, it is reasonable to compare reported gender dysphoria pre and post treatment. Such studies have been conducted either prospectively[7,12] or retrospectively,[5,6,9,22,25,26,29,38] and suggest that sex reassignment of transsexual persons improves quality of life and gender dysphoria. The limitation is of course that the treatment has not been assigned randomly and has not been carried out blindly.

For the purpose of evaluating the safety of sex reassignment in terms of morbidity and mortality, however, it is reasonable to compare sex reassigned persons with matched population controls. The caveat with this design is that transsexual persons before sex reassignment might differ from healthy controls (although this bias can be statistically corrected for by adjusting for baseline differences). It is therefore important to note that the current study is only informative with respect to transsexuals persons health after sex reassignment; no inferences can be drawn as to the effectiveness of sex reassignment as a treatment for transsexualism. In other words, the results should not be interpreted such as sex reassignment *per se* increases morbidity and mortality. Things might have been even worse without sex reassignment. As an analogy, similar studies have increased somatic morbidity, suicide rate, and overall mortality for patients treated for bipolar disorder and schizophrenia.[39,40] This is important information, but it does not follow that mood stabilizing treatment or antipsychotic treatment is the culprit.

Other facets to consider are first that this study reflects the outcome of psychiatric and somatic treatment for transsexualism provided in Sweden during the 1970s and 1980s. Since then, treatment has evolved with improved sex reassignment surgery, refined hormonal treatment,[11,41] and more attention to psychosocial care that might have improved the outcome. Second, transsexualism is a rare condition and Sweden is a small country (9.2 million inhabitants in 2008). Hence, despite being based on a comparatively large national cohort and long-term follow-up, the statistical power was limited. Third, regarding psychiatric morbidity after sex reassignment, we assessed inpatient psychiatric care. Since most psychiatric care is provided in outpatient settings (for which no reliable data were available), underestimation of the *absolute* prevalences was inevitable. However, there is no reason to believe that this would change the *relative risks* for psychiatric morbidity unless sex-reassigned transsexual individuals were more likely than matched controls to be admitted to hospital for any given psychiatric condition.

Finally, to estimate start of follow-up, we prioritized using the date of a gender identity disorder diagnosis *after* changed sex status over *before* changed sex status, in order to avoid overestimating person-years at risk after sex-reassignment. This means that adverse outcomes might have been underestimated. However, given that the median time lag between the hospitalization before and after change of sex status was less than a year (see Methods), this maneuver is unlikely to have influenced the results significantly. Moreover, all deaths will be recorded regardless of this exercise and mortality hence correctly estimated.

## Conclusion

This study found substantially higher rates of overall mortality, death from cardiovascular disease and suicide, suicide attempts, and psychiatric hospitalisations in sex-reassigned transsexual individuals compared to a healthy control population. This highlights that post surgical transsexuals are a risk group that need long-term psychiatric and somatic follow-up. Even though surgery and hormonal therapy alleviates gender dysphoria, it is apparently not sufficient to remedy the high rates of morbidity and mortality found among transsexual persons. Improved care for the transsexual group after the sex reassignment should therefore be considered.

## Supporting Information

**Table S1  Risk of various outcomes in sex-reassigned persons in Sweden compared to population controls matched for birth year and *birth sex*.**
(DOCX)

**Table S2  Risk of various outcomes in sex-reassigned persons in Sweden compared to controls matched for birth year and *final sex*.**
(DOCX)

## Author Contributions

Conceived and designed the experiments: CD PL AJ NL ML. Performed the experiments: MB AJ. Analyzed the data: CD PL MB AJ NL ML. Contributed reagents/materials/analysis tools: PL NL AJ. Wrote the paper: CD PL MB AJ NL ML.

## References

1. World Health Organization (1993) The ICD-10 Classification of Mental and Behavioural Disorders. Diagnostic criteria for research. Geneva: WHO.
2. American Psychiatric Association, ed (1994) Diagnostic and Statistical Manual of Mental Disorders. Washington, DC: APA.
3. Meyer W, Bockting W, Cohen-Kettenis P, Coleman E, DiCeglie D, et al. (2002) The Harry Benjamin International Gender Dysphoria Association's Standards of Care for Gender Identity Disorders, Sixth Version. Journal of Psychology & Human Sexuality 13: 1–30.
4. Cohen-Kettenis PT, Gooren LJG (1999) Transsexualism: A review of etiology, diagnosis and treatment. J Psychosom Res 46: 315–333.
5. Wålinder J, Thuwe I (1975) A social-psychiatric follow-up study of 24 sex-reassigned transsexuals. Göteborg, Sweden: Scandinavian University Books.

6. Eldh J, Berg A, Gustafsson M (1997) Long-term follow up after sex reassignment surgery. Scand J Plast Reconstr Surg Hand Surg 31: 39–45.
7. Johansson A, Sundbom E, Höjerback T, Bodlund O (2010) A five-year follow-up study of Swedish adults with gender identity disorder. Arch Sex Behav 39: 1429–1437.
8. Sørensen T, Hertoft P (1982) Male and female transsexualism: the Danish experience with 37 patients. ArchSex Behav 11: 133–155.
9. De Cuypere G, T'Sjoen G, Beerten R, Selvaggi G, De Sutter P, et al. (2005) Sexual and physical health after sex reassignment surgery. Arch Sex Behav 34: 679–690.
10. van Kesteren PJ, Asscheman H, Megens JA, Gooren LJ (1997) Mortality and morbidity in transsexual subjects treated with cross-sex hormones. Clin Endocrinol Oxf 47: 337–342.

11. Gooren IJ, Giltay EJ, Bunck MC (2008) Long-term treatment of transsexuals with cross-sex hormones: extensive personal experience. J Clin Endocrinol Metab 93: 19–25.

12. Smith YL, van Goozen SH, Cohen-Kettenis PT (2001) Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. J Am Acad Child Adolesc Psychiatry 40: 472–481.

13. Smith YL, Van Goozen SH, Kuiper AJ, Cohen-Kettenis PT (2005) Sex reassignment: outcomes and predictors of treatment for adolescent and adult transsexuals. Psychol Med 35: 89–99.

14. Leavitt F, Berger JC, Hoeppner JA, Northrop G (1980) Presurgical adjustment in male transsexuals with and without hormonal treatment. J Nerv Ment Dis 168: 693–697.

15. Cohen Kettenis PT, van Goozen SH (1997) Sex reassignment of adolescent transsexuals: a follow-up study. J Am Acad Child Adolesc Psychiatry 36: 263–271.

16. Newfield E, Hart S, Dibble S, Kohler L (2006) Female-to-male transgender quality of life. Qual Life Res 15: 1447–1457.

17. Landén M, Wålinder J, Hambert G, Lundström B (1998) Factors predictive of regret in sex reassignment. Acta Psychiatrica Scandinavica 97: 284–289.

18. Hepp U, Kraemer B, Schnyder U, Miller N, Delsignore A (2005) Psychiatric comorbidity in gender identity disorder. J Psychosom Res 58: 259–261.

19. Murad MH, Elamin MB, Garcia MZ, Mullan RJ, Murad A, et al. (2010) Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf) 72: 214–231.

20. Landén M, Wålinder J, Lundström B (1996) Incidence and sex ratio of transsexualism in Sweden. Acta Psychiatrica Scandinavica 93: 261–263.

21. Lobato MI, Koff WJ, Manenti C, da Fonseca Seger D, Salvador J, et al. (2006) Follow-up of sex reassignment surgery in transsexuals: a Brazilian cohort. Arch Sex Behav 35: 711–715.

22. Bodlund O, Kullgren G (1996) Transsexualism-General outcome and prognostic factors. A five year follow-up study of 19 transsexuals in the process of changing sex. Arch Sex Behav 25: 303–316.

23. Lindemalm G, Körlin D, Uddenberg N (1986) Long-term follow-up of "sex change" in 13 male-to-female transsexuals. Arch Sex Behav 15: 187–210.

24. Rauchfleisch U, Barth D, Battegay R (1998) [Results of long-term follow-up of transsexual patients]. Nervenarzt 69: 799–805.

25. Kuhn A, Bodmer C, Stadlmayr W, Kuhn P, Mueller MD, et al. (2009) Quality of life 15 years after sex reassignment surgery for transsexualism. Fertil Steril 92: 1685–1689 e1683.

26. Zimmermann A, Zimmer R, Kovacs L, Einodshofer S, Herschbach P, et al. (2006) [Transsexuals' life satisfaction after gender transformation operations]. Chirurg 77: 432–438.

27. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A (1999) The reported sex and surgery satisfactions of 28 postoperative male-to- female transsexual patients. Arch Sex Behav 28: 71–89.

28. Hepp U, Klaghofer R, Burkhard-Kubler R, Buddeberg C (2002) [Treatment follow-up of transsexual patients. A catamnestic study]. Nervenarzt 73: 283–288.

29. Lawrence AA (2003) Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav 32: 299–315.

30. Kaube H, Biemer E (1991) [Results of sex change operations in 30 transsexual patients: psychosocial and sexual adaptation–surgical complications]. Handchir Mikrochir Plast Chir 23: 276–278.

31. Dolmén L (2001) Brottsligheten i olika länder (Criminality in different countries). Stockholm: Brottsförebyggande rådet (the Swedish National Council for Crime Prevention).

32. Fazel S, Grann M (2006) The population impact of severe mental illness on violent crime. Am J Psychiatry 163: 1397–1403.

33. Landén M, Wålinder J, Lundström B (1998) Clinical characteristics of a total cohort of female and male applicants for sex reassignment: a descriptive study. Acta Psychiatrica Scandinavica 97: 189–194.

34. Elamin MB, Garcia MZ, Murad MH, Erwin PJ, Montori VM (2010) Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analyses. Clin Endocrinol (Oxf) 72: 1–10.

35. Landén M, Innala S (2000) Attitudes toward transsexualism in a Swedish national survey. Archives of Sexual Behavior 29: 375–388.

36. Mueller A, Gooren L (2008) Hormone-related tumors in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol 159: 197–202.

37. Vujovic S, Popovic S, Sbutega-Milosevic G, Djordjevic M, Gooren L (2009) Transsexualism in Serbia: a twenty-year follow-up study. J Sex Med 6: 1018–1023.

38. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A (1999) The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. Arch Sex Behav 28: 71–89.

39. Ösby U, Brandt L, Correia N, Ekbom A, Sparén P (2001) Excess mortality in bipolar and unipolar disorder in Sweden. Arch Gen Psychiatry 58: 844–850.

40. Tidemalm D, Langstrom N, Lichtenstein P, Runeson B (2008) Risk of suicide after suicide attempt according to coexisting psychiatric disorder: Swedish cohort study with long term follow-up. Bmj 337: a2205.

41. Toorians AW, Thomassen MC, Zweegman S, Magdeleyns EJ, Tans G, et al. (2003) Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. J Clin Endocrinol Metab 88: 5723–5729.

Copyright of PLoS ONE is the property of Public Library of Science and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.