CHRISTOPHER BANKS (Bar No. 218779)
HERMAN J. HOYING (Bar No. 257495)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone:  415.442.1000
Facsimile:   415.442.1001
cbanks@morganlewis.com
hhoying@morganlewis.com

ILONA M. TURNER (Bar No. 256219)
JENNIFER ORTHWEIN (Bar No. 255196)
SHAWN THOMAS MEERKAMPER (Bar No. 296964)
TRANSGENDER LAW CENTER
1629 Telegraph Avenue, Suite 400
Oakland, California 94612
Telephone: 415.865.0176
Facsimile: 877.847.1278
ilona@transgenderlawcenter.org
jen@transgenderlawcenter.org
shawn@transgenderlawcenter.org

Attorneys for Plaintiff
MICHELLE-LAEL B. NORSWORTHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD; A. NEWTON; A. ADAMS; LORI ZAMORA; RAYMOND J. COFFIN; MARION SPEARMAN; DAVID VAN LEER; JARED LOZANO; AND DOES 1-30,<br><br>Defendants. | No. 3:14-CV-00695-JST<br><br>**[PROPOSED] ORDER STRIKING PORTIONS OF EXPERT DECLARATION OF DR. STEPHEN LEVINE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER STRIKING PORTIONS OF EXPERT DECLARATION

1    Defendants filed under seal the Expert Declaration of Dr. Stephen Levine in Support of
2 Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction on March 12, 2015.  On
3 March 19, 2015, in connection with Plaintiff's Reply in Support of Motion for Preliminary
4 Injunction, Plaintiff filed her Evidentiary Objections and Motion to Strike Portions of Expert
5 Declaration of Dr. Stephen Levine.  The Court, having considered the briefing and evidence in
6 connection with Plaintiff's evidentiary objections and motion to strike and the arguments of
7 counsel, finds as follows:

8    Defendants have failed to establish that Dr. Levine possesses the requisite expertise
9 required under Federal Rule 702 with regard to his testimony regarding prison culture, the
10 purported differences in the treatment of incarcerated persons with gender dysphoria, and the
11 purported effects of hormone therapy on Plaintiff's physical health.  In addition, Dr. Levine's
12 testimony regarding these issues is unsupported by reference to any reliable research or testable
13 hypotheses.  As such, Dr. Coffin's opinion testimony on these topics does not comply with the
14 requirements of Rule 702 and is hereby stricken.

15    In concluding that Dr. Coffin was "qualified to opine on the medical necessity of SRS,"
16 Dr. Levine failed to identify what standard, if any, he was applying to make that determination.
17 Moreover, Dr. Levine included facts not supported by the documents he considered and failed to
18 review key evidence in the record, including Dr. Coffin's curriculum vitae and deposition
19 testimony.  Thus, Dr. Levine's opinions with regard to Dr. Coffin's qualifications are not reliable
20 and are hereby stricken.

21    In addition, Dr. Levine's declaration includes numerous statements regarding Plaintiff's
22 purported sexual preferences and conduct, and implies that they contributed to her victimization
23 in prison.  These statements are irrelevant to Plaintiff's claims, unsupported by references to the
24 record evidence and not helpful in assisting the trier of fact resolve the issues in dispute.  Any
25 probative value of such statements is substantially outweighed by the danger of unfair prejudice
26 and confusing the issues.

27    **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Strike Portions of Expert

Declaration of Dr. Stephen Levine in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction is hereby **GRANTED** in full and all statements listed in Appendix A of the Motion to Strike hereby are stricken from the record.

    IT IS SO ORDERED

DATED: April \_\_\_\_, 2015

    By: _____
        Hon. Jon S. Tigar
        Judge of the Northern District of California