UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFREY BEARD, et al.,<br><br>   Defendants. | Case No. 14-cv-00695-JST<br><br>**ORDER RE MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: ECF No. 85 |

The Court has received Plaintiff's "Motion for Administrative Relief for Oral Argument and to Bring into the Federal Courthouse Certain Electronic Equipment and Materials." ECF No. 85. The parties are advised that the Court will allow each side up to sixty minutes for oral argument. The parties are ordered to meet and confer regarding the use of audiovisual equipment. They should submit a joint proposal or competing proposals by Tuesday, March 31, 2015, at noon. The parties should expect that, if the Court approves the use of audio-visual equipment, it will approve only one set of such equipment, to be used by both parties.

IT IS SO ORDERED.

Dated: March 30, 2015

_____
JON S. TIGAR
United States District Judge