
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Defendants. | Case No.  14-cv-00695-JST<br><br>**ORDER GRANTING MOTION FOR PERMISSION TO BRING CERTAIN ELECTRONIC EQUIPMENT AND MATERIALS INTO THE FEDERAL COURTHOUSE**<br><br>Re: Dkt. No. 85 |

Plaintiff Michelle Norsworthy has filed a motion seeking (a) an allocation of sixty minutes to present oral argument at the hearing on the motion for preliminary injunction, and (b) the right to bring certain electronic equipment and other materials into the courthouse for the hearing. ECF No. 85.  The Court previously addressed Plaintiff's first request.  ECF No. 86.

The Plaintiff's second request is granted.  Plaintiffs may bring the following equipment into the courthouse:

1. projector;

2. projector screen (7-8 feet);

3. laptops;

4. speakers; and

5. electrical cables, connections, power strips, and extension cords, and other connective cables.

To the extent Defendants' opposition to Plaintiff's motion, ECF No. 87, can be read as a request that the Court require Plaintiff to share the substance of her oral argument or accompanying audio-visual  materials with Defendants in advance of the hearing, the request is

1  denied.

2  **IT IS SO ORDERED.**

3  Dated: March 31, 2015

4  _____
   JON S. TIGAR
5  United States District Judge