UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No.  14-cv-00695-JST<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of the parties' Joint Case Management Statement.  ECF No. 117.  In the statement, Defendants state that immediately after the Court issued its April 2, 2015, order, the California Department of Corrections and Rehabilitation (CDCR) forwarded the order to the office of the Receiver appointed by the court in Plata v. Brown, Case No. 01-cv-01351-TEH.  Id. at 2.  In light of the Receiver's involvement in arranging for Plaintiff's surgery, the Court invites a representative of the Receiver's Office to attend the case management conference scheduled for May 13, 2015, at 2:00 p.m.

    CDCR shall serve a copy of this Order on the Receiver's Office.

    IT IS SO ORDERED.

Dated:  May 8, 2015

                                    JON S. TIGAR<br>
                                 United States District Judge