1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  PREETI K. BAJWA
   Deputy Attorney General
4  State Bar No. 232484
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-1621
6   Fax:  (415) 703-5843
    E-mail:  Preeti.Bajwa@doj.ca.gov
7  *Attorneys for Defendants M. Spearman,
   R. Coffin, J. Lozano, A. Adams, A. Newton, D. Van
8  Leer, and L. Zamora*

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14

**MICHELLE LAEL-B. NORSWORTHY,**          C 14-00695 JST (PR)

15
                              Plaintiff,   **STIPULATION TO FILE DOCUMENT
16                                         UNDER SEAL AND [PROPOSED]
         v.                                ORDER**
17
                                           Judge:       The Honorable Jon S. Tigar
18  **JEFFREY BEARD, et al.,**
                                           Action Filed: February 14, 2014
19                           Defendants.

20

21  / / /

22  / / /

23  / / /

24

25

26

27

28

1

1  At the case management conference held in this matter on May 13, 2015, Martin H. Dodd,
2  counsel for J. Clark Kelso, the federal Receiver for the state prison medical care system, appeared
3  and explained to the Court and parties that, on behalf of California Correctional Health Care
4  Services, Network Providers, LLC had entered into an Agreement with Brownstein & Crane
5  Surgical Services to provide a surgeon to perform the sex reassignment surgery ordered by the
6  Court.

7  The Court requested that the Receiver file the contract with the Court.  Because the
8  Agreement contains a confidentiality provision, counsel for the Receiver requested an order
9  permitting the Agreement to be filed under seal.  The parties represented that they would stipulate
10 to an order sealing the Agreement.

11 Accordingly, the parties hereby stipulate that the Agreement between Network Providers,
12 LLC and Brownstein & Crane Surgical Services may be filed under seal.

15 Dated: May 14, 2015            ___/s/ Herman Hoying_____
                                  Herman Hoying, Esq.
16                                Morgan, Lewis & Bockius, LLP
                                  Counsel for Plaintiff

19 Dated: May 14, 2015            ___/s/ Preeti K. Bajwa_____
                                  Preeti K. Bajwa, Deputy Attorney General
20                                California Department of Justice
                                  Counsel for Defendants

22 Per the parties' stipulation, IT IS SO ORDERED.

27 Dated: May 15, 2015            _____
                                  Honorable Jon S. Tigar
28                                United States District Judge