UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Defendants. | Case No. 14-cv-00695-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 123 |

The Case Management Conference set for September 8, 2015 is hereby continued to March 9, 2016 so that the matter stays on the Court's calendar. The parties are ordered to file a joint case management statement within seven days of the Ninth Circuit's decision regarding the appeal of this Court's April 2, 2015 order, informing the Court of the appeal's disposition and requesting that the Court advance the Case Management Conference.

IT IS SO ORDERED.

Dated: August 28, 2015

_____
JON S. TIGAR
United States District Judge