UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No.  14-cv-00695-JST<br><br>**ORDER ADVANCING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF Nos. 127, 129 |

The Case Management Conference currently set for March 9, 2016 is hereby advanced to December 2, 2015 at 9:30 a.m.  See ECF No. 127.  The parties are ordered to file a joint case management statement by November 18, 2015.

IT IS SO ORDERED.

Dated: November 3, 2015

_____
JON S. TIGAR
United States District Judge