# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: December 2, 2015                                       Judge: Jon S. Tigar

Time: 13 minutes

Case No.      **3:14-cv-00695-JST**
Case Name     **Michelle-Lael B. Norsworthy v. Jeffrey Beard, et al.**

Attorneys for Plaintiff:        Herman J. Hoying; Jennifer Orthwein; Sasha Buchert

                              Also present: Michelle-Lael B. Norsworthy

Attorneys for Defendants:       Preeti K. Bajwa; Jay C. Russell

Deputy Clerk: William Noble                                  Court Reporter: Rhonda Aquilina

## PROCEEDINGS

Case management conference further.

## RESULT OF HEARING

1. The Court set the following schedule:
    a. July 1, 2016 - Discovery cut-off.
    b. July 22, 2016 - Plaintiff's opening brief regarding vacatur.
    c. August 12, 2016 - Responses due.
    d. August 26, 2016 - Replies due.
    e. September 12, 2016 at 2:00 p.m. - Motion hearing.
2. A written scheduling order will be issued.
3. The parties shall meet and confer regarding a discovery plan. A stipulated proposal or competing proposals are due December 9, 2015. If the parties file competing proposals a hearing will be held on December 10, 2015 at 9:30 a.m. If a joint proposal is submitted, it will be adopted by the Court.

1