| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>PREETI K. BAJWA<br>Deputy Attorney General<br>State Bar No. 232484<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-1621<br>  Fax: (415) 703-5843<br>  E-mail: Preeti.Bajwa@doj.ca.gov<br>*Attorneys for Defendants*<br>*J. Beard, M. Spearman, R. Coffin, J. Lozano, A. Adams, A. Newton, D. Van Leer and L. Zamora* | HERMAN J. HOYING, Bar No. 257495<br>AD ASTRA LAW GROUP, LLP<br>582 Market Street, Suite 1015<br>San Francisco, California 94104<br>Tel: 415.795.3579<br>Fax: 415.276.1976<br>hhoying@astralegal.com<br><br>CHRISTOPHER J. BANKS, Bar No. 218779<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, California 94105-1126<br>Telephone: (415) 442-1000<br>Fax: (415) 442-1001<br>cbanks@morganlewis.com<br><br>ILONA M. TURNER, Bar No. 256219<br>JENNIFER ORTHWEIN, Bar No. 255196<br>TRANSGENDER LAW CENTER<br>1629 Telegraph Ave., Suite 400<br>Oakland, California 94612<br>Telephone: (415) 865-0176<br>Fax: (877) 847-1278<br>ilona@transgenderlawcenter.org<br>jen@transgenderlawcenter.org<br><br>*Attorneys for Plaintiff*<br>*Michelle Lael-B. Norsworthy* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>                             Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>                             Defendants. | C 14-00695 JST (PR)<br><br>**JOINT DISCOVERY PLAN**<br><br>Date: December 10, 2015<br>Time: 9:30 a.m.<br>Courtroom: 4, 19th Floor<br>Judge: The Honorable Jon S. Tigar<br>Trial Date: N/A<br>Action Filed: February 14, 2014 |

/ / /

/ / /

Plaintiff Michelle-Lael B. Norsworthy and Defendants J. Beard, M. Spearman, R. Coffin, J. Lozano, A. Adams, A. Newton, D. Van Leer and L. Zamora (collectively with Plaintiff, the "Parties"), submit this Joint Discovery Plain under this Court's December 2, 2015 order. (ECF No. 136.)

Discovery Plan

The parties agree that discovery shall be limited to information related to the factors set out in *Ringsby Truck Lines, Inc. v. Western Conference of Teamsters*, 686 F.2d 720, 722 (9th Cir. 1982) and *Dilley v. Gunn*, 64 F.3d 1365, 1368 (9th Cir. 1995) and will focus on the communications and actions undertaken by Defendants and other CDCR employees involved in this litigation with respect to the timing and decisions surrounding Plaintiff's grant of parole and subsequent release.

In order to allow for meaningful and expedient discovery on these topics, as a preliminary step, Plaintiff seeks the identity of all "decision-makers" and any individuals who had communications with those "decision-makers" regarding this litigation. Defendants contend that, under *Ringsby* and *Dilley*, the inquiries should be directed only to Defendants and their employees. Defendants have agreed to provide information informally, without service of an interrogatory, by January 8, 2016. Plaintiff will then serve targeted requests for production and up to an additional 10 interrogatories on Defendants. Once Plaintiff has had an opportunity to review the document production, the parties will meet and confer in good faith to determine what depositions, if any, Plaintiff intends to take. Additionally, Defendants anticipate serving targeted requests for production and up to an additional 10 interrogatories on Plaintiff. Similarly, the parties will meet and confer in good faith to determine what depositions, if any, Defendants intend to take.

In terms of this discovery, Defendants reserve all of their legal rights and defenses, including the assertion of all privileges, and will object, if necessary, to any and all discovery. Plaintiff reserves all of her rights, including but not limited to, the right to compel discovery and to seek additional interrogatories and/or depositions for good cause.

///

Given the Parties' agreement, the Parties request that the hearing set for December 10, 2015 at 9:30 a.m. be taken off calendar.

<u>Settlement</u>

The parties also discussed settlement. Plaintiff's counsel will provide a settlement demand by December 18, 2015.

Dated: December 9, 2015      *Herman J. Hoying*

*Counsel for Plaintiff*

Dated: December 9, 2015      *Preeti K. Bajwa*

*Counsel for Defendants*

**Attestation Under N.D. Cal. Civil Local Rule 5-1(i)**

I, Preeti K. Bajwa, attest and declare as follows:

Concurrence in the filing of this document has been obtained from all signatories, and shall serve in lieu of their signatures on the document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed on December 9, 2015 in San Francisco, California.

*Preeti K. Bajwa*

Preeti K. Bajwa

SF2014409242
20795281.doc