1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  PREETI K. BAJWA
   Deputy Attorney General
4  State Bar No. 232484
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
     Telephone: (415) 703-1621
6    Facsimile: (415) 703-5843
     E-mail: Preeti.Bajwa@doj.ca.gov
7  *Attorneys for Defendants Kernan, Spearman, Lozano, Coffin,
   Adams, Newton, Van Leer, and Zamora*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **MICHELLE-LAEL NORSWORTHY** | Case No. C 14-00695 JST (PR) |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

///

///

///

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 14-00695 JST (PR))

Plaintiff Michelle-Lael Norsworthy and Defendants Kernan[1], Spearman, Lozano, Coffin, Adams, Newton, Van Leer, and Zamora (Defendants) have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is so stipulated.

Dated: 2/08/16

HERMAN J. HOYING
Ad Astra Law Group, LLP
*Attorney for Plaintiff*
*Michelle Norsworthy*

Dated: 2/11/16

Preeti K. Bajwa
Deputy Attorney General
*Attorney for Defendants*
*Kernan, Spearman, Lozano, Coffin, Adams,*
*Newton, Van Leer, and Zamora*

SF2014409242
CLS Stip for Dismissal.rtf

---

[1] Defendant Beard, the former Secretary of CDCR, was sued in his official capacity. Upon Mr. Beard's retirement on December 31, 2015, Mr. Kernan was appointed as the new Secretary and is being substituted in his official capacity under Federal Rule of Civil Procedure 25(d).

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 14-00695 JST (PR))