US District Court
Northern District
of California

IN RE: Michelle-Lael B
Norsworthy vs
Jeffrey Beard, Case #
14-cv-00695 JST

CDCR #
WB1122                    MOTION TO
Pro Se                    compel

BACKGROUND

On April 2, 2015, this court issued an order, by "Preliminary Injunction," requiring the CDCR..." to provide plaintiff with access to adequate medical care, including sex reassignment surgery (SRS)."

The CDCR, the defendants in this case, appealed the decision to the 9th Circuit Court of

FILED
APR 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

II
———

APPEALS, AND THAT APPEAL WAS DISMISSED AND REMANDED IN FAVOR OF PLAINTIFF WITH A VOTE OF 2 TO 1.

SUBSEQUENTLY, JUDGE JON S TIGAR UPHELD HIS PREVIOUS DECISION AND THE 4-2-2015 "PRELIMINARY INJUNCTION" REMAINS IN EFFECT TO THIS DAY.

ON AUGUST 12, 2015, AFTER PLAINTIFF'S PRECEDENT SETTING SETTING CASE CHANGED CDCR POLICY (MAY 2015) FOR TRANSGENDER HEALTHCARE, PLAINTIFF WAS RELEASED BEFORE HER OWN CASE COULD HELP HER GET SRS, W/IN THE CDCR

III
———

### III

While on parole she had to navigate a new insurance system to get the surgery and did so successfully on February 10, 2017, via Medi-Cal.

Due to complications related to her original surgery she had to undergo "3" more corrective/revision surgeries, and was scheduled for a 4th surgery at the time she was returned to CDCR custody for a parole violation on 10-17-2018; from Solano County Jail to CDCR on 3-25-2019.

Note: Medi-Cal intended to pay for this 4th surgery as it relates to the first.

### III

## IV

GROUNDS

Plaintiff is now housed at the Central California Women's Facility (CCWF) w/in the CDCR.

Plaintiff, now "in-custody," under the care of the CDCR, is unable to seek out her own medical/surgical provider as CDCR policy forbids private doctors to care for [inmates] in their charge. Therefore, by their own policies, and this court's 4-2-2015 order, the CDCR is required to take full responsibility for plaintiff's medical/mental health needs, including provide her with all surgeries &

## IV

✓

procedures related to her SRS; IN re NORSWORTHY VS BEARD 14-CV-00695

THE CDCR IS CURRENTLY REFUSING TO ACKNOWLEDGE AND FOLLOW THIS COURT'S 4-2-2015 ORDER AND, THEREBY, STANDS IN CONTEMPT OF THIS COURT, ACTING "DELIBERATELY INDIFFERENT" TO PLAINTIFF'S TRUE & REAL NEEDS

PLAINTIFF, ASSERTS, THE 4-2-2015 COURT ORDER IN NORSWORTHY VS BEARD, 14-CV-00695 JST NOW FULLY APPLIES TO HER AND HER MEDICAL NEEDS AS SHE IS "IN-CUSTODY" OF THE CDCR.

✓

√ /

Plaintiff asks this court to compel the CDCR, by a 2nd "preliminary injunction," to recognize and adhere to this court's 4-2-2015 order, forthwith, as plaintiff, a CDCR "inmate" remains in "excruciating pain" w/out the 4th surgery which could complete her SRS

(In fact the CDCR is also failing to adhere to the very policy changes as it relates to other transgender i/m's)

Respectfully,

/s/ Michelle-Lael B Norsworthy
CDCR # WB1122
4/18/19

√ /

Dear Clerk
of US District Court,
N.D. of California

This motion relates to an active court order in case # 14-CV-00695 JST, and the in forma pauperis has been filed and granted in this case.

Respectfully,

Michelle-Lael B Nosworthy
CDCR # WB1122

4/18/19